

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK



RECEIVED
SEP 2 6 2017
PRO SE OFFICE

SEKOU, KOUYATE

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

1) Federal Bureau of investigation
2) National Government of Republic of Guinea,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. **CV17-5511**
*(to be filled in by the Clerk's Office)*

CHEN, J.

KUO, M.J.

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

(17) Royal AIR MARoc
(8) JP MorGan chase & Co
(19) CAPITal one Financial corporation
(20) ALMA Bank (21) MT Sinai Elmworst faculty Practice
(22) NYC TAXI & Limousine Commission
(23) Consolidated Edison Company of N.Y. INC
(24) T-Mobile Northeast LLC
(25) CHarter Communication INC. (26) STAekstein, Jacksten & lee LLP.
(27) Mallilo and Grossman PSGS.
(28) Subin ASSociates LLP (29) INC Management INC
(30) Queens Boulevard Endoscopy Center LLC (31) Visiting Nurse Service of N.Y.
(32) Douros Management INC (33) Health plus Management
(34) National action network (35) THe Center for Family Representation.
(36) Canada leasing LLC (37)
(37) NBC Universal Media LLC
(38) Western Queens Consultation center
(39) Bill deBlasio.

Commission of Social Services
Social Security administration
N.Y.C. Human Resources administration depart of Social Services (Snap)
THe Market Place INC (7) NYPD 110TH precinct
District Attorney of Queens County(8)
MATTew Regan (10) Nichola R Amato
ACS New York city Family court of Queens
Foresdale INC (13) THe child center of N.Y.
PATRIK VAN MAANEN (15) Nation Wide Mutual insurance Company
Societe AIR France, KONINKLIJKE LUCHTVAART MAATSHAPPIJ N.Y./ NOTA AIR lines, INC.

I.  **The Parties to This Complaint**

A.  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                   SEKOU, KOUYATE
Street Address         97-20 57TH Avenue Apt! 18K
City and County        CORONA  Queens
State and Zip Code     New York  11368
Telephone Number       (347) 651 - 9950
E-mail Address         Kouyate2013 @ Gmail . Com

B.  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1
Name                   Federal Bureau of Investigation
Job or Title           FBI
(if known)
Street Address         26 Federal PLAZA
City and County        New York
State and Zip Code     New York 10038
Telephone Number
E-mail Address
(if known)

Defendant No. 2
Name                   NATional Govement of Guinea
Job or Title           Guinea embassy
(if known)
Street Address         140 East 39TH Street New york
City and County        New york 10016.

2

State and Zip Code *New York 10016*

Telephone Number *(212) 687 - 8115*

E-mail Address
(if known)

Defendant No. 3

Name *Commission of Social Services*

Job or Title
(if known)

Street Address *60 CHarles LindBergH Blvd*

City and County *Suite 160, Uniondale,*

State and Zip Code *New York 11553*

Telephone Number

E-mail Address
(if known)

Defendant No. 4

Name *Social Security Administration*

Job or Title *SSA*
(if known)

Street Address *6344 Austin Street*

City and County *Rego Park Queens*

State and Zip Code *New York 11374*

Telephone Number

E-mail Address
(if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

Defendant No. 5

Name N, y C Human Resources Administra

Job or Title department of Social Services (Snap)

(if known)

Street Address 4 World Trade Center

City and County New York

State and Zip Code New York 10007

Telephone Number

E-mail Address ATTN: Rhonda Joseph.

(if known)

Defendant No. 6

Name The Market Place INC

Job or Title

(if known)

Street Address 11 Renthyl Avenue

City and County Port Chester

State and Zip Code N.Y 10573

Telephone Number

E-mail Address

(if known)

Defendant No. 7

Name NY PD 110TH Precinct

Job or Title NY PD

(if known)

Street Address 94-41 43Rd Avenue

City and County Flushing Queens

State and Zip Code N.Y 11373

Telephone Number

E-mail Address

(if known)

Defendant No. *8*

Name *District Attorney of Queens County N.Y*

Job or Title *DA*
(if known)

Street Address *100 Church Street*

City and County *New York*

State and Zip Code *New York*

Telephone Number

E-mail Address *ATTN! ZACHARY W, Carter Corporation counsel.*
(if known)

Defendant No. *9*

Name *MATTew Regan*

Job or Title *DA*
(if known)

Street Address *100 CHurcH Street*

City and County *New York*

State and Zip Code *New York 10007*

Telephone Number

E-mail Address *ATTN: 100 ZACHARY W, Carter Corporation counsel.*
(if known)

Defendant No. *10*

Name *NiCHoLA R. AMATO*

Job or Title *police officer AT 110TH precinct.*
(if known)

Street Address *94-41 43Rd*

City and County *FLushing Queens*

State and Zip Code *New York 11373.*

Telephone Number

E-mail Address
(if known)

Defendant No. 11
Name ACS New york city Family Court of Queens
Job or Title ACS
(if known)
Street Address 150 Williams Street
City and County New york Manhattan
State and Zip Code New york 10038
Telephone Number
E-mail Address ATTN: ZACHARY W. Carter Corporation Counsel
(if known) 100 Church Street NY, NY 10007

Defendant No. 12
Name Forestdale INC
Job or Title Foster Care
(if known)
Street Address 135 Cross ways Park drive
City and County Woodbury Suite 201
State and Zip Code New york
Telephone Number
E-mail Address ATTN: Kauf Kaufman Dolowich & Voluck, LLP
(if known)

Defendant No. 13
Name The Child Center of NY
Job or Title Single stop program
(if known)
Street Address 245 Main Street Suite 330
City and County White plains,
State and Zip Code New york 10601
Telephone Number
E-mail Address ATTN: BABCHIK & young, LLP.
(if known)

Defendant No. 14

Name _PATRICK VanMaaNEN_

Job or Title _FBI Agent._
(if known)

Street Address _526 Forest AVenue_

City and County _Rye_

State and Zip Code _N.y 10580_

Telephone Number _____

E-mail Address _____
(if known)


Defendant No. 15

Name _NATionwide Mutual insurance Company._

Job or Title _insurance Company._
(if known)

Street Address _55 Broad Street, Suite 18B_

City and County _New york_

State and Zip Code _New york 10004._

Telephone Number _____

E-mail Address _ATTN: Bennett, Bricklin & Saltzburg, LLC_
(if known)


Defendant No. 16

Name _Societe AiR France, KONINKLIFKE LuchTVAART MAATSHAPPIF_

~~Job or Title~~ _N.V / Delta AiR lines, INC._
(if known)

Street Address _Wall Street plaza 88 Pine Street - 21st Floor_

City and County _New york_

State and Zip Code _N.y 10005_

Telephone Number _(212) 376-6400._

~~E-mail Address~~ _ATTN: MARSHall DENNEHEy WarNER ColeMAN &_
(if known) _GoGGiN._

Defendant No. _17_

Name _Royal Air Maroc_

Job or Title _Air line Company_
(if known)

Street Address _609 Fifth Avenue 10th Floor_

City and County _New York_

State and Zip Code _New York 10017_

Telephone Number _(212) 974-3850_

E-mail Address _____
(if known)

Defendant No. _18_

Name _JP Morgan Chase & Co_

Job or Title _Bank_
(if known)

Street Address _270 Park Avenue_

City and County _New York_

State and Zip Code _N.Y 10017_

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. _19_

Name _Capital one Financial Corporation_

Job or Title _____
(if known)

Street Address _1345 Avenue of the America 7th Floor_

City and County _New York_

State and Zip Code _N.Y 10105_

Telephone Number _(212) 548-2150_

E-mail Address _ATTN: Mc Guire Woods LLP._
(if known)

Defendant No. _20_

Name _ALMA Bank_

Job or Title _Bank._
(if known)

Street Address _28-31 31st Street_

City and County _Astoria   Queens_

State and Zip Code _N.Y 11102_

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. _21_

Name _MT Sinai ELMHurst Faculty Pratice_

Job or Title _____
(if known)

Street Address _100 Church Street Room 2-122_

City and County _New York_

State and Zip Code _New York 10007._

Telephone Number _(212) 356-4076_

~~E-mail Address~~ _ATTN: ZACHARY W. Carter_
(if known)

Defendant No. _22_

Name _New York City TAXi8 limousine Commission_

Job or Title _T L C_
(if known)

Street Address _33 BeAVeR Street_

City and County _New York_

State and Zip Code _N.Y 10004_

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. *23*

Name *Consolidated Edison Company of New York, INC.*

Job or Title_____
(if known)

Street Address *4 IRVing Place*

City and County *New York*

State and Zip Code *New York 10003*

Telephone Number_____

E-mail Address *ATTN: NAdine Rivellese*
(if known)


Defendant No. *24*

Name *T-Mobile Northeast LLC*

Job or Title_____
(if known)

Street Address *156 West 56TH Street Suite: 803*

City and County *New York*

State and Zip Code *New York 10019*

Telephone Number *(212) 265-6888*

E-mail Address_____
(if known)


Defendant No. *25*

Name *CHARTER Communications INC.*

Job or Title_____
(if known)

Street Address *40 Wall Street 26TH FLOOR*

City and County *New York*

State and Zip Code *New York 10005*

Telephone Number *(212) 619-4350*

E-mail Address *ATTN: NewMan MYERS Kleines Gross HARRIS, P.C*
(if known)

Defendant No. 26

Name SACKSTEIN, SACKSTEIN & LEE, LLP.

Job or Title Law FIRM.
(if known)

Street Address 61 Broadway, 26TH FLOOR

City and County NEW YORK

State and Zip Code New York 10006

Telephone Number (212) 867-4100

E-mail Address ATTN: FURMAN KORNFELD & BRENNAN LLP
(if known)


Defendant No. 27

Name MALLILO and GROSSMAN, ESQS.

Job or Title
(if known)

Street Address 163-09 Northern Boulevard

City and County Flushing Queens

State and Zip Code New York, 11358

Telephone Number

E-mail Address ATTN: & LORENZO TASSO, ESQ.
(if known)


Defendant No. 28

Name SUBIN ASSOCIATES, LLP.

Job or Title Law FIRM.
(if known)

Street Address 150 Broadway 23Rd FLOOR

City and County NEW YORK

State and Zip Code N.Y 10038

Telephone Number (212) 285-3800

E-mail Address
(if known)

Defendant No. 29

Name _____ IMC Management INC

Job or Title _____ Clinic,
(if known)

Street Address _____ 10 East 40TH Street, 46TH Floor

City and County _____ New York

State and Zip Code _____ New York 10016

Telephone Number _____ (212) 726-4423,

E-mail Address _____ ATTN: PLATTE, KLARSFELD Kline,
(if known) _____ LACHTMAN & COHEN, LLP.

Defendant No. 30

Name _____ Queens Boulevard Endoscopy Center LLC

Job or Title _____
(if known)

Street Address _____ 111 Great Neck Road

City and County _____ Great Neck New York

State and Zip Code _____ 11021

Telephone Number _____ (516) 393-2200

E-mail Address _____ ATTN: GARFUNKEL, Wild P.C
(if known)

Defendant No. 31

Name _____ Visiting Nurse Service of New York

Job or Title _____
(if known)

Street Address _____ 75-20 Astoria Boulevard Suite 220

City and County _____ Jackson Height Queens

State and Zip Code _____ New York 11370

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 32

Name _____ Douros Management INC

Job or Title _____

(if known)

Street Address _____ 33-21 21st street

City and County _____ long island city

State and Zip Code _____ N.y 11106

Telephone Number _____

E-mail Address _____

(if known)


Defendant No. 33

Name _____ Health plus Management

Job or Title _____

(if known)

Street Address _____ 95-20 Queens Blvd

City and County _____ Rego Park

State and Zip Code _____ N.y 11374

Telephone Number _____

E-mail Address _____

(if known)


Defendant No. 34

Name _____ National action NeTwork

Job or Title _____

(if known)

Street Address _____ 217 Center street 6TH FLOOR

City and County _____ New York

State and Zip Code _____ N.y 10013,

Telephone Number _____

E-mail Address _____ ATTN ! STECKLOW & THompson.

(if known)

Defendant No. _35_

Name _The Center For Family Representation_

Job or Title _____

(if known)

Street Address _89-14 Parsons Blvd 2nd Floor_

City and County _Jamaica Queens_

State and Zip Code _N.Y 11432,_

Telephone Number _____

E-mail Address _____

(if known)

Defendant No. _36_

Name _Canada Leasing LLC_

Job or Title _____

(if known)

Street Address _200 Park Avenue_

City and County _New York_

State and Zip Code _New York 10166,_

Telephone Number _(212) 294 2617,_

E-mail Address _ATTN; Winston & Strawn LLP._

(if known)

Defendant No. _37_

Name _NBC Universal Media LLC_

Job or Title _____

(if known)

Street Address _30 Rockefeller Plaza Room: 620_

City and County _New York_

State and Zip Code _N.Y 10112-_

Telephone Number _(212) 664-2527_

E-mail Address _ATTN; Chelley E, Talbert,_

(if known)

Defendant No. 38

Name ___Western Queens Consultation Center___

Job or Title _____
(if known)

Street Address ___61-20 Woodside Avenue___

City and County ___Woodside Queens___

State and Zip Code ___N.Y. 11377___

Telephone Number ___(718)672 - 1705___

~~E-mail Address~~ _____
(if known)

Defendant No. 39

Name ___Bill deBlasio___

Job or Title _____
(if known)

Street Address ___100 Church Street___

City and County ___New York___

State and Zip Code ___New York 10007___

Telephone Number _____

~~E-mail Address~~ ___ATTN: ZACHARY W. Carter___
(if known) ___Corporation Counsel.___

Defendant No. 40

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

*(Defendant no:1)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question               ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Violation of My Constitutional Right, fause accusation of terrorism, Attentif Murder, Frauds, negligence, Stoling of My destiny Abroad, Kidnapping of 4 America Kids, more,*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* *Sekou, Kouyate*, is a citizen of the State of *(name)* *New York*

b.    If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* *New York*; and has its principal place of business in the State of *(name)* *New York*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s) *(1)*

a.    If the defendant is an individual

The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____

4

*(Defendant no. 1)*

b.   If the defendant is a corporation

The defendant, *(name)* __FBI__ , is incorporated under the laws of the State of *(name)* __My Gouvernement__ , and has its principal place of business in the State of *(name)* __New York__ . *Or is* incorporated under the laws of *(foreign nation)* : __26 Federal plaZA NY__ and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__$95,000000000 and disbursement together with other relief the court finds to be just proper.__

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__discrimination, My F.B.I Stole my destiny Abroad an america citizen destiny for political interest of another citizen a french citizen interest, I accuse them of discrimination set-up, negligence abuse, Violation of my Constitution Right, failure to protect me abroad and an America Soil, (more),__

Defendant
Statement of claim.

① discrimination
② set-up
③ Attent of Murder
④ stoling of america cityzen destiny
⑤ Frauds
⑥ negligence
⑦ indangering an America cityzen life Abroad
and on an America Soil.

⑧ Abuse
⑨ Violation of my Constitutional Right,
⑩ defamation of Caracter,
⑪ failure to defend and protect an American Citizen best interese
⑫ failure to deffend America, the united States best interest.
⑬ defending other nationality over an America citizen instead.
⑭ defending a French citizen interest, instead of an America citizen best interest, TAKing aiway an America citizen destiny more than 8 years
⑮ eligaly taking aiway an America citizen destiny
for political raison of GuineA Govkment.
⑯ Kidnapping of Forur of an America citizen kids
⑰ distruction of an America citizen Family life.
⑱ falsely Accusing me an America citizen as a Terroris to defend other Nationality best and political interest,
⑲ failure to protect an me an America citizen life abroad and on the America Soil.
⑳ minupulation of my destinig
㉑ lieds, Federal Crimes,

(Defendant no. 1)

① I'm confirm by my country Guinea West Africa to be the Country destiny holder and by our anchester of Guinean.

② Since 2010 and the ex president OBama and His administration Has instead reverse the Country anchester decision to nominate a French national to be the president of Guinea, "Alpha Conde,"

③ instead of me the america Citizen Sekou, Kompte I will call my first withness Monsieur ex president OBAMA Barack or His Secretary of forein Affair to confirm that.

④ . or anyone that is inform of other siege political issue or in charge of forein political issue in the White House in OBama administration.

⑤ To also confirm my Honesty I like to Request the Court to please allow me to provide without any raisonable dow Every word dud evidence to the court.

⑥ my withness no. 2 our elders if possible for the court to allow me to call or immediatly send a subpoena to the country elders to testifie infront of the court.

2

1 of 23

7) my Witness no:3 Madam Karen Argent FBI agent at 80-02 Kew Gardens Road, Kew Gardens New York, N.Y 11415 at the phone (718) 286-7100 ext: 7402.

8) My FBI fail to protect and defend the America citizen destiny abroad, fail to protect my life abroad and on america Seil.

9) My FBI Has Set me up with all this institution names on my lawsuit to defraud me, to accuse me of fraud, Bank frauds, Insurance fraud,

10) To accuse me of Food Stamp Fraud, Bank Fraud, accident fraud, accuse me of terrorism, fausely inject me of High doses of drugs to get me Kills.

11) My FBI Has paid for my trips to 6 African Country Without my consent or my authorisation for them to pay for those trips to chute down the plane 3 times in my trips so the get me Kill.

12) "God" Said no it will not Happen you FBI Has take His destiny away and you are doing all this wrong doing to him and He is not Responding you, I Have the last word of any one faith.

2 of 23

(13) Mr Obama and His administration fails to defend and protect this america citizen destiny for the best interest of the america.

(14) My FBI touch my destiner away from me to defend french national citizen from 2010 to today now the FBI Has been instructed.

(15) To do all the can to distrust me by putting me on the terrorism list an america citizen Sekou, Kouyate president of Guinea.

(16) Should make america Rich again and super super Rich again because it is the america land fully I will prove it the court.

(17) "God" Has bless that Guinea land in west Africa with unlimited world reserve gold, diament bauxite all kind of mineral you can Think of.

(18) and I Have been choosing by our anchester and the people of guinea our Elders, kids, Man woman, all animal, body of water to be the Sol Holder of the destiny of the country Guinea,

2

3 of 23

(19) My F.B.I Has not at all protect me Has an
america citizen and Mr obama administration
fails to tell the truth and defend the america
interest abroad.

(20) My withnees no:3 my lawful wife was
uses by FBI agains me to possible accuse me
of sexual crimes.

(21) My withnees no:4 my own brother Mousa
Kouyate was use agains me, no5 My brother
Mory Kouyate.

(22) My withnes no6: my friends, Here in America
and abroad, all my family member I need to
Subpoena 250 people to the tried including
our elders in Guinea to testifye in the court.

(23) infront of jury to confirm all my testimony
And 80 to 90 people of my community agains
me God don't like the agly I will like to Subpoena
my community membersHere in new york.
     My wife Has been use by FBI to put
Voodoo on me to get me Kill in January 2017
and the FBI Has put the "call Recording App"

2

4 of 23

24) In my Wife I have to Record cleanly my Conversation like personal Conversation She Has all the Set me with On Her call Apps' call Recorder App

25) My witness 7- NYPD listrader at 110th precinct Queens, and Her partner. With no 8' Po officer Id 953815 at 110th precinct Queens,

26) Witness no 9 Po Antony cen I.D 21575 at 110st precinct. witness no 10 Po laface I.D 760779 at 110st precinct.

27) I was a Victim of Attentif Murder 03-18-2015 accident Report no 522 precinct code 013 by an FBI agent Van MAANen PATRick adren 526 Forest Ave Rye N.Y 10580.

28) witness no 11 the Po Anthony I.D no 948174 precinct 013 in man Hattan. Victime of my FBI Attentif Murder On 11-28-2016 Set-up accident.

29) The driver of the next car names Linares, Nancy fause police Report by the police officer Nicholas R. AMato at 110st precinct. Accident no MV-2016-110-012664. my witness no 12: Nancy Linares.

5 of 23

30) I Have been Victime of my FBI. to accuse me of SSI frauds for my daughter SSI benefit at 6344 austin Street in Queens.

31) My withness no!13 the 7 Staff of the SSA department at 6344 austint street Queens.

32) Withness no 14 I have been Victime of my FBI by setting me with the Commissioner of Social Serlices to file eligaly a case agains to accuse of Child Support.

33) by wrangfuly and eligaly filling on 02-16-2016 a case agains me acleuse me of Child Support frauds to dirty my Reput ation.

34) Withness 15 AIR France and Delta Tiket no! 4-MCRG was issue to me to travel the truse to Sut down the plane to get me Kill God said no I will prouve it all at the court. by the laul.

35) Withness 16 My FBI Has use the Market place Health insurance to defraud me to aleuse me of Health insurance fraud. My withness no!

2

6 of 23

36) My withness no: 17 DA office Queens MATTEN/ ReGan DA to come to court and testified in frad the gury and the Court.

37) He confessed that the uses voloman to set-up man to accuse them of Sexual arrasement or rape so DA Matten use my wife agains me so she can accuse me of rape, on 02-22-2017,

38) My withness no 18: My FBI use ACS agains me to eligaly Remolk my 4 kids Home and so eligaly issue an order of protection agains me fram wife.

39) went I Had one agains my lawfull wife that Had been working with FBI for very long time to get me kill by poisoning me of all kind of AfRican poison and all kind

40) of ell work my withness no: 19 Voodoo expert in GuineA I need to Subpeno him to demonstrate and so to America people another

41) Terrorisme act that can kill people fram Africa to America my withness no: 19. Mr Sayan Keita fram GuineA. ASAP.

2

7 of 23

41) He treated me on January 2017 when She tried to Kill me and my lawful wife put Voodoo me in January this years to get me Kills.

42) because She tried every She can to dirty me but God Said no. My FBI use Forestdale INC to put my Four in Foster care to later give

43) the first two Kids to my ex wife that the History of child neglect and abuse and the second twlo other to my Second wife.

44) that Has or was arrested of crime domestic violence crimes against me. My with ness no.20 Forestdale Worker Miss Whyette and the manager.

45) My withness no.21 the child center N.Y My FBI use them to accuse me of food Stamps fraud. 03-22-2017 at 140-158 Sanford Avenue I call Cynthia Fernandes agent. to Canfirm that.

46) My withness NO.22. My FBI Has use Nationwide Insurance against me to accuse me insurance frauds on November 28-2016 at 95-19-57th Avenue Nancy linare from Nationwide Organise crime agent colladed Her car into my car. fause police Report was made. I will prouble it all.

8 of 23

47 My witness no! 23 My FBI Has Use capital
one financial agains me to accuse of federal
crime by Using a fake check to me for accident
Settlement.

48 I will call Mr lee from Sacktein & Sackstein
and lee, to testify and confirm it.

49 My witness no! 24, My FBI Has set me up
at my work to issue me A fause pay check
by AlMA Bank so the can accuse of bank
fraud, Federal crime.

50 My witness no! 25, My FBI Has set me up
with MT Sinai Elmthurst to file eligaly a fraudules
claim agains me at cilil court of the city of New York

51 index no! Q302224/16 on 07-02-15 on the
bills that I was Victime of the crime band I did
not Receile any bills on that particula case from
them that own any money to them.

52 I will call Ms Louise A dereklany and Ms
Anne Hogan at elmhurst Hospital in Queens to
testified and Confirm, all that to dirty my Reputation.

9 of 23

53 My withness no! 26 TLC My FBI use TLC agains me to increase elegaly my 2014 income for more than $45000 an more.

54 the income that I didnot Receive at all and use CMT to increase my income So the can accuse me of the Tax fraud.

55 my 2015 Tax income, is more than any of my 22 years income in America I will prouve it all I will call the CMT Manager.

56 To explaine How that possible My withness no! 27 My F.BI use con Ed to elijaly increase My Bills on the account no! 25-2640 8386 0005 2

57 when I find that out that years Con Ed did not ever reade my bills at all for years I only receive an estimated bills from them.

58 On June 2017 I file a case agains than Con Ed the close above Account automaticly without My Consent. and call for my bills of May 2017 and Jun 2017 the Said that the account is close, and I Had to reopen another one with the account no! 25₂-2640 8386 -0008-6 —

10 of 23

59 my With no:28. My FBI Has eligaly invaded my privacy by using charter cammunication my cable companys

60 To eligaly Spy on me in my House in My Room for very long time withnesno: 29 eligaly in case of My phone bills,

61 anything to keep poor, poor, poor So I will not Think of getting my destiny back. My withnen no: 29 Subin Associate a lawfirm

62 My FBI Has use them to Set me up So the can accuse me with insurance fraud Subin Sent me to a Surgent on park Avenue N.Y,

63 To eligaly perform an eligal Surgerie So the can accuse of of crime by FBI agent PATRICK Van MAANEN. My withnen no: 30 at Subin Associates.

64 150 Broadway 23rd Floor MR Soloman Keilangi to the stand at the tried, KATHerine Zimenez, 646-396-6486

65 My withnen no: 31 Air France Tiket no: 057776863561 the Attorney of Air France Has confirmed that the receive a chech from laGuardiA Air port I need to call the Attorney to the stand to tell me the parson or Bank Account of the parson that paid for that chech.

11 of 23

66 My Witness no: 32 - I call Eric B Lee from Sackstein Sackstein & Lee. to the stand to testifie About My FBI Uses capital fause check to Accuse me Bank Fraud,

67 My Withness no:33 My FBI coladed with Current Guinea Govement to allow Guinea Secret Serlice to come to America,

68 on February 2017 with His wife Diaka Kaba and Abou Kaba from China passport no: Guinea passport no: 1650920 1534255 birth date

69 Sept 12 - 1965 to come and live with so He can poison me to die I call His wife now living in Queens New York with the phone no: (248) 416 - 6942,

70 A Forein Govement Send His Secret Serlice Agent to America to kill an america citizen I call that an invasion of america,

71 Mr Trump will not like that at all please Diaka Kaba the president alpha conde wife family was to me to get me kill I will proulk it,

2

12 of 23

72 to kill an american citizen an an american Soil it is totaly an invasion of america.

73 My withness no,34 My FBI order Canada leasing to overcharge on my Rent So can keep been poor in that violation of Rent control.

74 Regulation and Rules for over 8 years I will provile it by Requesting DHR agent to testifie on my Rent History in front of the zury and the court.

75 My withness no,35 My FBI Has authorise Health plus management to injet me with very Serious inzection at 95-20 Queens Blvd Rego Park N.Y 11374, Jean doe "The manager and the two doctor

76 That inzected me and the doctor that Consulted me after the inzection 3 people in that location.

77 My withness no 36 Subpaena Till Marie oZaleK-driller license no,2855684z PA at 1672 Watson drive Doyles town PA 18902. and Her Husband BI Donelly city Doylestown,
Another accident Attentif Murder 104ᵀᴴ pct at 45-40 Center Blvd Queens N.Y

13 of 23

78 My Witthers no:37 Thomas Pobro MD at 95-20 Queens Boulevard Rego Park N.Y 11374 at (718) 459-1280, to testifie in front of Jury.

79 On my Surgery at Queens Boulevard Endoscopy center LLC at 95-25 Queens BLVD 3rd Floor Rego Park N.Y 11374 and the doctor that did the Surgery Anesthesiologist

80 Onisel Tudor and the nurse Ida Volozova (post procedure) Y Haira Pons and Yesenia Fernandez.

81 My Witthen no:38 My FBI directed DR Tverskava Rozalia to do a camplet exame and lab work eligaly without me been the IMC Management

82 Facility at all and IMC Management Has employed the FBI agent D Tverskaya Rozalia to Take so mush blood out of me that day

83 I could'nt work at all for no raisan to got Kill please call Rozalia to the stand, at 55-48 96 Street dacation,

84 and the real names is IMC the fake name and unregister name is Multy Specialty Medical and Wellness Center,

2

14 of 23

My witness no.38 Dowros Management please call Carsta the manager to testifie the Dowros is at 33-21 21st street long island city N.Y 11106,

85. check no: 15510 on 03-20-2017 the amount $879.71. I need Mr Lester to testifie infront of jury about this check and tell the truth.

86 And need the full image from the chase Bank of that check, to See very cleary the routing no of the check and the Bank account no.

87 To Accuse me of Bank frauds issue by chase Bank by my FBI. Federal crime.

88 My witness no:39 National action Network by al charpton My FBI allow the agent MS-PATRICE to fully discriminate me on 02-23-17 at 106 West 146th Street N.Y 10039, Manager

89 please ask Her and al STharpton to the Stand and testify infront of the Jury. and MR Singue Magibe at (347) 205-2668. So call travel agent to

testifye about the Air France Tiket.

2

15 of 23

90 My Witnones no: 40 Lenny osipov from IMC Management to testifaye about him authorizing to take oet me a lot blood to get me kills.

91   My Withnes no 41. My FBI Has Send Visithing Nurse Service to my House on March 03-2017 So can accuse of fause Mental problem.

92 I need to call the Visiting nurse agent or Worker Jamie Wilson, at (718) 888-6940 to testifie and Confirm in front of the jury and the Court.

93 My Witthnes no 41 SGT Siddique 110 PcT DV unit (718) 476-9321, Po Williams, Po Lopez to the stand vhy FBI as Colladed with ACS to eligaly Removb

94 My 4 Kids from my House without any legal authorisation at all please call those officer to testified and Confirm all that.

95 My Withnes no 42 Tania at 646 588-6025 at Western Queens Consultation Center at 61-20 Woodside Alenue Woodside N.y 1377 (718) 672 1705 to testify in front the jury and the Court to tell the truth.

16 of 23

96 I My withness no 43 SSA at 6344 austin street
Mr Morales on Jan 19 - 2016 Services in my daughter
SST case, Ms Karen G Fisher Supervisory Regional
Counsel at the office of the Counsel General.

97 at 26 Federal Plaza Room 3904 N.y , N.y 10278
or (212) 264 - 2277 and Kathryn Pollack at same
office to come in to testifye and tell the truth.

98 As the Jury and to court about My daughter
SST case, Helena Baxter paralegal, - placide,
M Vuong, at 6344 austin street, Security officer,

99 Mr Edward at 6344 austin street and need Mr Parker
case worker at 646 - 584 4418 at ACS to testifie
about My kids Removal,

100 I need to call Eden Karnes Social worker
at 89-14 Parson Boulevard 2nd Floor Jamaica N.Y 11432
(646) 4304458,

111 My withness no! 44 DR williams Kennedy Main MD
Spinal surgery at 876 Park Avenue N.Y N.y 10075 (212) 396-32
ARick at Subin Assocn (212) 283-3800,
                                                                77

2

17 of 23

102 My witness note Bill deBlasio to come to testifie in front of the Jury and the Court about all this pain and Suffering.

103 That happening to me in my City the New York Big Apple in is back Hard and He is not inform I don't Think so

104 He Has to tell the truth about pay me and the Jury to grand me grant Bill the full amount of Judgment of 877 0000000000 and

105 disbursement together with any other relief the court find to be just proper. and to Halle NBC universal Media LLC Angorg Mincez litigation Services Manager.

106 To Come and testify about discriminating me for waiting 2.45 minute just to Solve the paper instead He Send me 3 Security Guard to traite me and troe me out of the building.

107 Mr chelley Tollert now Has the news of the life time to talk about so the can like our president allow to talke for the american people.

2

18 of 23

108 The NBC Universal Media Should pay back the america people for the using the president for there fake news.

109 And My FBI colated with NBC to Kick me out I'm Requesting My zury and the court to plase grant me $8990000000000 agains NBC univers ol and CNN $8990000000000

110 For not Reporting the real discrimination law suit insted fake news.

111 if everything is prouling to be truth, Honest Sincere, Honest, without any raisonable dout I'm Respectfully asking my court.

112 To please order and grant me the full zudgment on every cases and disbursement together with any relief the court my finds zust proper, in the full

113 Amount of the money damage in each cases and please Honor me and give the court order to get my destiny back from Guine A Govement

114 by ordering the Govement to Surrender in 72 Hour my destini back the america destiny.

19 of 23

115 and our ancester punishe the Country
by punishing them with EBola and charge
president Alpha Conde and His Gollement,

116 with invasion of united State, the deaf
of thousand of innocent people that dieds
from EBola Various.

117 And I'm Respectfuly asking the Court
to please recomnise the land of Guine, A
West AFrica Has God gilling land to the

118 united State if possible by law now or
in the future if our law recommende it
yes 51 State of united State,

119 in the other Side of the ocean atlantic
it will all prowling by law with our elder
our people and our anchester will Speak

120 to the Court and the Jury for the first
time in America History God will talk to us
life not a Joke Very Serious.

121 I need my destiny back the America destiny

2

200f23

122- It is a message to the jury to the court and our excellence Mr president of the United State.

123 That from the end of this trial to the jury decision to the court decision with all my respect to the justice system.

124. of this great nation, the best in the whole world wide world that Mr president trump was send to us American.

125. to Sure make America great again that together we are bless by God that America live to be one nation under "God" now

126 America is now, as of today with "God" I will prove it all please respect this president love him accept him He is a messenger from God to the America people.

127- In all Respect, my love to this great nation I bless the nation, the president of the nation president Mr Trump.

128. This is all for you to tell God what you our America to be in Trump Still for your dream to make America great again "God bless you all, God love us all, together let us make America great again

21 of 23

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------x

Sekou, Kouyate

Plaintiff,

- against -

Federal Bureau of Investigation

Defendant.
-----------------------------------------------------------------x

Index No. 6091 /20 17

COMPLAINT

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, Sekou, Kouyate, respectfully shows and alleges as follows: discrimination, set up, fause accusation of terrorism,

129 On January 22-2017 I left New York for treatment and family visit in Conakry, guinea curiouly before I arrived in town, some agent (presumably under the request of U.S embassy went to my home and my storage to search and ransack, for what my father asked them.

130   The claimed they were requested to do so by the local authorities in behalf of the U.S embassy, without given any reason.

131   it was when I returned to U.S on February 14, 2017 that I was being called aside in a room

22 of 23

132 and the took my passport and for 30 minute I waited and learned later that I was accused of terrorism — and that is the reason I used different Names. Sekou Kouyate instead of Mohamed, Kouyate

133 I was utterly humiliated at the airport I was being blacklisted by FBI and yet they have not jota of proof against me;

134 I Have been in the country for 22 years I Have never in my life violated the law of this blessed family land I'm Hard working law abiding family man.

135 the fell to protect me on my land and abroad indanger a citizen life on the Soil an abroad. yes the president is Right about FBI We need to make america great again, we Have to make america safe again.

Dated: 06-12-16

_____Sekou Kouyate_____
Plaintiff

3

23 of 23

*Defendant(i).*

IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to
order. Do not make legal arguments. Include any basis for claiming that the wrongs
alleged are continuing at the present time. Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts. Include any punitive or
exemplary damages claimed. the amounts. and the reasons you claim you are entitled to
actual or punitive money damages.

*I'm respectfully asking the Court and the Jury
of this Court to please review every fact, truth,
honest, legal, reality, Honesty of this case after
trial if the truth prevail to please grand a full
Judgement of in the amount of $ 95000000000 and disbursement
together with any other relief the court finds to be just proper.*

V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served. I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **09-26**, 20**17**

Signature of Plaintiff

Printed Name of Plaintiff    *Elkou, Konuyate*

*Defendant no.2*
*page 1*

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.   If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Stolling destiny, Attentif Murder of an American, stolling destiny citizen on America Soil, Killing of more than 11,000 people that died from Ebola, invasion of the United States, Set-up, manupulation, Federal Crime, Frauds Scams*

**B.   If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _Sekou, Kouyate_ , is a citizen of the State of *(name)* _U.S.A. New York_

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _N/A_ , is incorporated under the laws of the State of *(name)* _New York_ , and has its principal place of business in the State of *(name)* _New York_

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s) *(2)*

a.   If the defendant is an ~~individual~~ *Goverment*

The defendant, *(name)* _National Goverment of_ , is a citizen of _Republic of Guinea_ the State of *(name)* _Guinea Goverment_ . Or is a citizen of *(foreign nation)* _in West Africa Guinea ._

4

b.  If the defendant is a corporation

The defendant, *(name)* _____N/A_____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* 'Guine A West Africa Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* national Golement of Republic of Guine A

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

I'm Respectfully asking Self it troubling all
the allegation Accusation, Complaint to be truth
Honest without raisonable dout to grant me the Judgment
in the Amount of $95,000000800, and get my destiny back,
and disbursement together with any other relief the court finds
to be just proper.

III.  **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

The actual Golement of Guine A Has Stolling my destiny the America
citizen destiny Our anchester and the people of Guine A
Has Chosine me Sekou Kouyate to be and become the destiny
holder of the Guine A nation but My America FBI and the
ex president OBAMA Has chosine the different national French
National to be the president of Guine A Alpha Conde instead
of me the America citizen.

Defendant no 2:

Statement of Claim: 1

① My FBI coladed with Guinea Govement to takes my destiny away From me I need back 72 Hour after prouling to the Jury and to the Court.

② Sina 2010 the ex president OBAMA Has taking away an America citizen will and destiny for the best interest of other national French nation.

③ to became the president of Guinea instead of me the America Citizen I will call and supeno our Guinea elder 250 people to testifie infrant the Court

④ and in frant of the Jury to prouble my Honesty, truthfulness of this Statement and an expert withness from FBI and CIA to prouve it all.

5   My FBI edated with actual Guinea Govement to allow Guinea Secret Service to New york to live with me on February 22-2017.

6   -Guinea Secret Service name Ahou Kaba and His wife Diaka, Kaba actual phone no (248) 416-6942 to came and live with to poison me to get me Kill.

2

page 1 of 5

7 Guinea passport no: 000181921 A Special agent of Guinea Gokement and a family member of the president Alpha Conde wife Djene Kaba Conde.

8 Was Sent to america to come and live with me in New York in mission just to poison me and my family the America family in america on the america Soil.

9 When I go to Work the put poison in my food when I come & See my food Spoiling and Something telling not to eat that food.

10 I call that an invasion of United State attaking an America citizen on an America Soil, poisoning an America citizen on an america soil.

11 Attentif Murder of the Americans America citizen the Kouyate Family in New York on the america Soil it is an invasion of the united States of America

12 I believe president trump will not like that when it prowling 100% to be truth nothing but truth by My FBI, CIA, and my expert witness.

page 2 of 5

13 God Has
He Has send me to protect my president "Trump".
and believe if He's inform about this He will consider
an Invasion of united State He will not be Happy about the
full invasion and violation of America Constitution
by Guinea Colvement and violation my Constitutional Right
and I Have been inform that my F.B.I and
CIA also participate on this Invasion.

14 Now ok so president Trump Has Right not
to trust them my CIA fell to protect me Has
an american citizen abroad and an American
Soil.

15 I Saufer and fill unsecure, traiting in
my great country now I believe my president
Trump went He Said, that we need to make america
great again, the CIA celaded with Guinea
Colvement to illegal search my House in Guinea
Without a Warrant, and faudly accuse an America
citizen of terrorism. next page please,
Dated: 06-12-17

Sekou Kouyate
Plaintiff

3

3 of 5

16 Set me up Went I travel on January 22 - 2017 in Guinea my life was in danger in Guinea by Guinea Goldement I was Very un safe in Guinea because my Family Has told me that CIA agent in Guinea colabed with Guinean authority to Search my House in Guinea without any Search Warrant

17 Went I came on February 14 - 2017 at the Custom boot my passport an america passport Was not welcome meaning an agent of CIA Has inform FBI of New York to accuse me of terrorism at Airport J F K.

18 at J. K F I was intersept by a custome agent and Taking to a room and was told that my Wife made some alegation agains me wild I was out of Country that is why the stop me, the lawiful Wife that Wanted to kill me she was the reason I travel because She put black magic woodoo on me on January 2017.

Dated: 06 - 12 - 17

_Sekou Kouyate_
Plaintiff

3

4 of 5

19. and before that she was arrested on Agust 9-2017 for domestic violence and release 24 Hour later she came Home lieing about the criminal order of protection of been modief and I find out that I was in conspiracy with 110th pricincks to Come Home to Set me up by recording my personal phone calls.

20. Since she came back she was campletly change I could not reconiged her at all, I found a "call Record App" in Her that confirm that she celled with 110th precinct to the degree of releasing with a phan to frame me with a serious and most odious crime of Sexualy Violed.

21. This matter should be fully puniche and for the World to know and Guinet Colement means all Africa Continent that no & body, no person, city, animal, State, country or borauH, Forest, continent Water Should and will not trait an American or it citizens trait H iso Her life abroad or on soil we are better than that, we Have better

Dated: 01-12-17 Value I will and I'm in mission to fully make this great and powerful country great again, Safe again, be believe aga

SoKou, Kouyate

Plaintiff

3

5 of 5

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm respectfully asking the Court to Immediatly order the Removal of the actual Gollment of Guinea for Invasion of United State, Attentif Murder charge of an America citizen, Stealing the will and the destiny of America and America citizen and grant me a Judgment in the Amount of $95,00000000000 degains the defendant no(2) and disbursement together with any other relief the Court my find just to be proper, Freeze all the*
*financial Account around the world.*

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26, 2017

Signature of Plaintiff _____

Printed Name of Plaintiff ____Sekou, Konyate____

6


What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, negligence, set-up, Uses discrimination, defamation of character*

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

    a.      If the plaintiff is an individual

The plaintiff, *(name)* *Sekou Kouyate*, is a citizen of the State of *(name)* *New York*

    b.      If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s) *(3)*

    a.      If the defendant is an individual

The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____ *Or* is a citizen of *(foreign nation)* _____

4

_defendant(3)_

b. If the defendant is a corporation

The defendant, *(name)* _Commissioner of Social services_ is
incorporated under the laws of the State of *(name)*
_New york_____, and has its principal place of
business in the State of *(name)* _New York_____. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _New york_____

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_I Have been falsely Accuse of federal crime
by the defendant intentional fraud me so I'm respectfully
asking Went proofing to be truth, to grant me the judgment
in the Amount of $ 8990000000000 against the defendant
and disbursement together with any other relief the Court
my finds to be Just proper_

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

_I Have been discriminated agains, on december 16-2016
Commissioner of Social Services, wrongfuly, ilizaly
Unlawfully file an ilical civil case agains me
to accluse me of fraudulose child Support,
File no: 277534 Docket no: F50593-16 N.y case identifier no:
PA21135 MEWMS case ID Was file agains me by the Commissioner
of Social Services._

Defendant no 3)

① I Halle been discriminated agains, on december 16-2016 Commitioner of Social Serlices Wrongfuly and eligaly, discriminates accuse me Federal Crime,

② and filling an eligal case agains me. I felt so discriminated agains because I'm an america Citizen and the said that the FBI told them so.

3   To accuse me of Child Support that I do not Hold to anyone Very Wrong unlawful, eligal, Fraud

4 I felt so discriminated agains because I'm blad and African American and us Citizen means that I'm a Citizen of the United State of America

5 and I Halle been and alvalys will now and ellen more importantly the legal resident of New york City the best city in the World,

6 That I lolle so much and as bless me so much you can't jinmengine I do not eleserlle that defamation of carater, set-ups, misuspulation by the Commitioner of Social Serlices,

2

page 1 of 8

7   on december 16-2016 oligal filling of the File# 27534 Doket no F50.593-16 New york case identifier PA21135MI WMS case I'd was file agains me by the Commissioner of Social Services.

8   I believe it was on "behalf of" my son mother Djeneba Keita that was very wrong simply Without Her conseite and Her authorization to do so my city Has discriminated me.

9   I'm Hurt of been very discriminated agains it not right for any one, anybody, any place the discriminated agains,

10   I live in the city of New york for over 22 years I never seen or Heart that in 21st century in 2017 in New york that it is still excite or possible to discriminate me and other New york city Resident.

11   I Know and now believe How much it Hurt to be discriminated agains, I feel Uses, missmpulated deformation of carater, immeliated,

12   So discrimination is wrong to me to friend and neigbort, to kids, to elderly, man and woman to birlll

2

13 to dog to cat to snake, lion, tiger all animal in world, ocean, sea, to land to your wife to your Husband to anyone that side around you, with you, beside you.

14 next to you, fare from you, in your dream on your sleep, in your car, or next to your House all along your neighborhood, County, City, State Country it Just Wrong.

15 I belive the Commissioner of Social Services knows how wrong it felt to discriminate anyone in U.S.A the country that I love and Solute all the times,

16 I was discriminated by them so bad and it is very bad to feel what I felt and don't want anyone to experience what I experience.

(1) wrong wrong to discriminate against me or anyone or anybody.

Dated: 07 - 26 - 2017

Sekou, Kouyate
**Plaintiff**

3

3q8

17 I know that We american are the defendent of liberty, freedom, Hope, insporation, that We american chear one Home and one glorious destiny weather We are brown, black, or white.

18 We all blead the same Red blood of patriotisme, We all solute the same great flag American flag and are all made by the same all mighty God.

19 I belive As long America Remaine true to His Value and lawyerl to His citizen, as long america is delloted to His creater then our best day is yet to come.

20 THe discriminate to me and to any one, anybody any place, any where in america on an america Soil by any american to any american or an america Soil will not stand.

21 We Hate a country that believe In liberte, life, and persue of Happynen that believe that all man are created equal.

22 We hold these truth to be self – evident that all men are creted equal the concept are created equal enlas the key to european, enlightenment philosophy.

2

4 of 8

23 For America Value it Kindness, it Value respect to Humanity it love to the world it example to the world that it is a best Country because it Value Human life.

24 We all Have to do better, greater, smarter, to protect and save the greatness of this great nation that is one nation under God.

25 Our love to america it is great love to God and yes God does love America it Has bless america, it will bless america it will always bless this great nation.

26 ; God Has bless us, it is blessing us, and it will always bless us now, before later in the present in the future that is the america I believe in that is america that we all believe in that is a greatness of this nation.

Dated: 07-26-2017

Sekou Kamiyate
**Plaintiff**

3

5 of 8

27 That no one, nobody, nowhere, no place for discrimination agains bird, dog, cat, all animal lian or tigers, fish, Goat, Beef any animal around the world.

28 any Humans around the world any oceans killers or mountain, treas, forest any Humans Creators or better God Creators should be discriminate agains.

29 I believe discriminated agains base on sex, sexual orientation, religions, origine, nationality, color of skin, Hair, eyes, weigh, Heigh, personality any Kinds, anywhere, anyplace in America.

30 in America territorie or around the world is Wrong so Wrong that felt so bad means Very bad, The Country I love and believe der not stand and will not stand for any discrimination in any Kinds.

31 America des not stand and will not stand for discrimination on any Kinds any forms any color of it that is why I came to america in the first place.

③

2

6 of 8

32 But the interpretation of all men Has hovered over the declaration of independence since it creation, although most people Have interpreted "all men" to mean humanity.

33 other have argued that Jefferson and the other authors of the declaration meant to exclude women and children. within the context of the times it is clear that "all men" was a euphemism for "humanity"

34 and thus those people, such as elizabeth cady stanton Abraham lincoln and Martin luther King who $ used de declaration of eindependence to demand equality for African Americans an women seized the Historical as well as the moral high ground. "May 1776" Declaration of Right also Know as "Bill of Right"

35 I believe in 21st Century means stating January 20 - 2017 in America any where in united States of America or around the world.

36 I know as an American citizens, original New yorker that it said and Has been said and be clear and understand by each and every one Every where and so Visible.

④

2

37 To be bless and always ask God to bless it people for them to be bless ever and ever again and after all times, everyday, everywhere, at all times.

38 The greatest country of all times that believe in justice, freedom, liberty for all and bless everytime it people

39 America believe and I believe and all of us believe that injustice anywhere it is a trait to justice everywhere.

40 I Have dream that if we continue to understand the reality, the true of our value the greatness of the united state the blessing that God gave us and continue to give us.

41 The love that God Has giving us and continue to give, we together will make america safe again, together we will make America believing again, together we will make America protected again together we will make american listining again, yes together we will make america the united states of America super super great again.

2

8 of 8


*Defendant(4)*

b.    If the defendant is a corporation

The defendant, *(name)* *Social Security administration,* is
incorporated under the laws of the State of *(name)*
*New York*, and has its principal place of
business in the State of *(name)* *New York*. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* *New York*

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

*I'm respectfully Requesting if it prouding
to truth honest allegation agains the defendant
I'm asking the court to please grant me a judement
in the amount of $95 000 000 0000 plus disbursement*

III.    **Statement of Claim** *together with any relief the court finds to be Just proper.*

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

*I Social Security department on 6344 Austint street
in Queens Has discrimated me and my right to
Her disability benefits starting 08-04-15 to todays
2017 by Taking away Her disability the benefit eligely
and Violating of or 95 SSA Rules and Regulation agains
my daughter benefit disability benefit.*

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*If all the allegation is prouiling to be truth, Honest Real, in front of the jury and in front of the court and Honorable Judge I'm Honestly and Respectfully asking the court to please grant me the judgment in the amount of $8990000000000 and disbursement together with any relief the court finds to be just proper,*

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _09-26_, 20_17_

Signature of Plaintiff
Printed Name of Plaintiff    _Sekou, Konyate_

Defendant n°5)

SSA –

1 Starting 08-04-15 I went to the SSA department located at 6344 austint street Rego Park N.y 11374 to recertify my daugther SST benefit.

2 I aske for the form to recertify Me Selga gille me wrong information and wrong forms.

3 When I was gilling wrong form I said no this is no it Me selga insisted and told me that is the form She gabe to ellory one to Recertifie.

4 I ask the SuperViser Mr Roa he Canfirm Ms selga World he said that those are the forms the give to ellorybody that was a lied on that form,

5 I feld mislead, discriminated because I'm African by the agent of SSA and the SuperViser I desided to file a Complaint.

6 The Complaint form the SuperViser gale me was the Surley form instead of the form 437 the real Complaint form.

7 and I google it to find out that the form 437 was the real one I ask that the gale me the old Version with The wrong adrese.

✗

page 1 of 3

8. it caused me my daughter to loose her full SSI benefits, by redusing the said benefits for regular $730 to a mere $200 because she was angry at me after I complained.

9  The claimed also that they overpaid me over $4000, I am Have been a victim of discrimination every time I went they would give me unnecesarily forms that are wrong.

10  After I filled my complaint the rebor bothered to answer it plus violation of over 30 SSA Rules and Regulation in that office at 6344 austin street in Queens.

11 my daughter Cassandra Rieth and Her disability as been discriminate, Her ethnicity Has been discriminate ang SSA Should not discriminat base on race, color religion, gender, racial, disability, ethnicity, sexual orientation origine, nationality, languages, Hight, waith, agains the wellbeing of any america, citizens all I'm asking is a justice For Kouyate family.

Dated: 06-12-17

Sekou Kouyate
Plaintiff
page 2 of 3

12 my daughter disability was not fairly taking under Consideration the agent of SSA at 6344 austin Street Queens N.y.

13 The SSA agent Refuse to Respect my daughter Has a Citizen means the america Citizen that is the america Kid with disability.

14 She was totaly Qualify for the full disability benefit base on Her disability and She was Refuse by SSA to gaile Hen, Her Right to the benefit.

15 and Her disability was totaly discriminated and Her Right to the benefit was negleted totaly and She was Refuse to the full benefit of Hen SSA.

16 by SSA agent and been puniche by charging me with other payment of in Her account. that is not Right.

Dated: 06-12-17

Sekou Kouyate

Plaintiff

3

page 3 of 3

*Defendeant no(4)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, defamation of caracters, dieds set-ups use, minupulation, discrimination.*

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* *Sekou Kouyate*, is a citizen of the State of *(name)* *his A New York*

b.   If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s) *(4)*

a.   If the defendant is an individual

The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____ *Or* is a citizen of *(foreign nation)* _____

4

**IV.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm Honestly and truthfully asking the Jury and the Honorable Judge of this court to please grant me the Judgement in the Amount of $975,0000,000,000 in this case for Such and further relief as this court may deem just proper.*

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _09-26, 20 17_

Signature of Plaintiff     _Kouyate_

Printed Name of Plaintiff  _SeKou, Kouyate_

*Defendant(s)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, lied, defamation of Caracter, lied set-up, discrimination,*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Sekou Kouyate, is a citizen of the State of *(name)* New York

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s) *(s)*

a.    If the defendant is an individual

The defendant, *(name)* N/A, is a citizen of the State of *(name)* _____ *Or* is a citizen of *(foreign nation)* _____

4

b.  If the defendant is a corporation

*New york City Resources administration*

The defendant, *(name)* *department of social Services (Snap)* incorporated under the laws of the State of *(name)*

*NEW YORK*, and has its principal place of business in the State of *(name)* *NEW YORK*. Or is incorporated under the laws of *(foreign nation)*

_____ and has its principal place of business in *(name)* *Ny C Resources administration department of Social Services (Snap)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

*I'm asking Respectfully a Judgment in the Amount of $790000000000 as such as the Court may finds just a proper.*

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*The New York Resources administration department of Social Services elisealy accuse me by setting me up with the food stamps frauds, and defamation of Carcater, to accuse me of the most serious Crime, fraud that could put me in jail for years.*

Defendant No. 9

1  NYC Resources administration department of Social Services Has set me up with possible accusing me of fraud, Scamp, defamation of caracter.

2 I went with my lawful wife to Apply for help to Apply for food Stamp went into people is Applying for Food Stamps.

3  We both Has to sign it but the coladed with my wife to set me up by asking Her not to sign it the Application.

4  The refuse, refuse for my lawful wife to sign the application and also it was approute with the family of 6 for only $359 with the income

5  below the protrecty line it should Have Been $1200 ($1200 for the family of 6 base on the Rules and Regulations.

6 THe fair Hearing Compliance statement said to do the Right thing on 08-09-16 at 253 Shermer Horn Street in Brooklyn N.Y.

7  THe Refuse to Comply with the fair Hearing Compliences so it is Unfair, illegal, Unlawful to set me up to dirty my reputation.

&

1 of 3

8) With the Rules and Regulation of the america poor family the ask for help for there wellbeing and of the american Kids wellbeing and the Still Refuse to comply fully OK now it time to ask one more time to comply With this lawsuit Request and demant it is time to comply to all the the Rules and Regulation of the ~~SSA~~, Nyc HRA

9) To pay that a retroactive benefits for the Well being of american Kids for just the Amount of $79000000000 to make america great again.

10) and for american to be paid again, for american Kids to be care again, For the american citizen and his Kids to be taking care again,

11) for all american Kids to love, appreciate and be Thankful for believing that they can count on america to make the life better, Smater, greader than ever before. next page plose

Dated: 06 - 12 -17

Sekou Kouyate
Plaintiff

2 of 3

12 ⑫ there are not killing in third world countries
the are from the United States of america -
and yes the deserte it relent qualified the deserte
better becaus there all american with without.

13 ⑬  any discrimination of race, color, origin
religion, sex, sexual orientation, nationality,
etnicity, Height, Weith, color of eyes, language
color of there cloth, Shoes, paints or metro card.

14 ⑭  or name Mohamed or name of there mayor
theye are american together were are going
to make america great again because it
a land of free and home of the brave.

15 ⑮ I was Set-up by N.Y.C HRA and Single Stop where I first
Apply for the food Stamp the single stop agent Refuse that
two of us Sign the Application, means me and my wife
that only me Should Siens So the can accuse me with food stamp fraud
at 140-158 Sanford Avenue Flushing N.Y 11355.

Dated: 06-12-17

Sekou Kanyato
Plaintiff

3 of 3

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to
order. Do not make legal arguments. Include any basis for claiming that the wrongs
alleged are continuing at the present time. Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts. Include any punitive or
exemplary damages claimed, the amounts, and the reasons you claim you are entitled to
actual or punitive money damages.

I'm asking the Jury and the Court Very
Respectfully to please grant me the Judgment
in the amount of $79,000,000,000 as such as
the court may finds just a proper.

V.      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

A.      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served. I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26, 2017

Signature of Plaintiff _____

Printed Name of Plaintiff _____Sekou, Kouyate_____

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, defamation of caracter, negligence, discrimination*

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

   a.      If the plaintiff is an individual

   The plaintiff, *(name)* *Sekou Konyate*, is a citizen of the State of *(name)* *New York*

   b.      If the plaintiff is a corporation

   The plaintiff, *(name)* *N/N*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

   a.      If the defendant is an individual

   The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

4

*Defendant no(6)*

b.    If the defendant is a corporation

The defendant, *(name)* _The Market place INC_ is
incorporated under the laws of the State of *(name)*
_New York_, and has its principal place of
business in the State of *(name)* _New York_  Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _The Market place INC New York_

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_I'm nicely asking the court to please
grant me the judgment in the amount
of $85,000,000,000 and disbursement together
with any other relief the court may finds I to be just
proper._

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

_I was set-up by The Market place INC for false
accuse of and the Market place accuse me of
Health insurance frauds on January 9 2017
       and went I was applying the agent ask me
if I was a citizen or naturalize citizen;_

defendant no6

## The Market Place Inc

1. I apply for my family instead I was ask if I was citizen or naturalize citizen.

2. I Said what different does that make it I'm just Applying for my family, as Qualified citizen are you discriminating me.

3. I was putting an Hold for over 45 minute for Very long time and the came back and tell me to call back talent I find out.

4. if I was naturise citizen or't citizen I Said ok and I Said that I Want to speak to the Supervisor she cut the line.

5. The call was drop then I call back to Request for Supervisor The Refuse to tranfer me to the Supervisor.

6. I Have all Recording on my cellar phone for trouble if the court Request it I will provide the Complet Canvers min.

7. Has been Recorded it is unfair, illegal Un American to trait and discriminate another citizen with faiful Right.

page 1 of 5

Defendant No 1

1    The agent Mr Parker Had no paper legal paper to order ACS. to remove my 4 Kids from there Happy Home.

2    I Said why because I'm African American that is a full discrimination.

3    I Have not. Come in to investigate the allegation of the kids missing Schools may be there are Sick or just Stay Home to rest for

4    The Weather no investigation of neglect Abuse or any kind of mistreating of my Kids but screven,

5    I said that I will not relise my Kids Without a court order that said to do so

6    And I call 911 for help to send a police chief,

1 of 10

He believe that the call should be Confirme to be true, then you consulte and talk to the kids if at any time the have been abuse.

7   I will ask first if the been neglect or at any time that daddy fail to buy food, cloth Shes, cleaner room, Shools Supple.

8   I provide money Schools every day, give them love, caring for them, for them to be Happy all the time, anytime, anywhere, I give them anything for there wellbeing.

9   I provide there every day need because there an america kids Happyness. His a best polisy

10   I Have not neglect or abuse this Kids at all and you want to discriminate and take away. I need Justice.

SK07-06-17

Dated: 06-12-17

_Sekou Kouyate_
Plaintiff

3

2 of 10

1)     I think after few minute it looks like the was right in my close two police came and I relise my Kids to them without any document.

2)     I Know after 8AM, later same night I fell Very discriminated Mr parker came with CS 701B Form expecting to fool me.

3)     He said to sign that I Voolontary relise my Kids to them I said no that it is scam I will not sign because it is a discrimination.

4)     My Kids Have no neglect or abuse or mistreat on this Kids you Have receive a call from my Kids Schools yes but I think you are still discriminating

5)     I believe that went you receive information that information Has to be Verifie, investigated, Verief and Confirm.

Dated: SK 07-06-17

Se Kou Kouyate
Plaintiff

3 of 10

16    I think it is a discrimination that you receive information from schools without any investigation you just have to remove my kids.

17    I think you have to verified and confirms to be true then you consult and talk to the kids if at any time they have been abuse.

18    my kids are discriminate because the are black and African American no sign of neglet or at any time that I did no provide Food.

19    I provide for my Kouyate family but we discriminate I buy cloth, shoes, cleaner room, School Supplie, money for schools.

20    I every day, talk gives them love caring for them to be Happy and I make sure at anytime, anywhere that I provide them there everyday need.

Six 07-06-17

Dated: 06-12-17

_Sekou, Kouyate_
Plaintiff

4 of 10

21    ACS Should not discriminate against Kouyate
families and detruit oun Happy family for the
interest of Acs.

22    How many Kids america Kids out there
that Has there Happy life detruit by Acs
Systeme, Scam, frauds, negligence.

23    I beliele that my Kids and all America
Kids deserve justice to the fulist extend of the
lalal to get them back to there Happy life.

24    America that I believe and we all believe
Stand for justice for all that injustice anywhere
is a trait to justice everywhere.

25    All Kids Should and Has to gro. with
there biological parent in Happynes and armony
and love the deserle.

26    This are america Kid means the are
our future and the future of this great nation
the best country in the planet Should dont
Halle the Right or be part of is own family
distriution.

2

17. No America Kids as to saufen from been remotte specilly eligaly from it Happy Home like we are in the third world Country.

18. This is the america I beliebe in and we all beliebling in it is 21st century America we have to be part of solution not parts of problem.

19. These Kids need to goback to there lobing America family for them to be Happy again, to feel safe again, to feel caring again, to feel love again, to feel protected again to feel American again.

20. ACS as to know that there is no place for discrimination in America agains Station January 20-2017 we all have to stand and support our value as an american our beliebe as american.

21. That Kids as to saufen by eligal seperation detruition of ACS work of the America family our family our future the future this great nation and beliebe united we stand dellided we faul.

22. America Kids need justice we get Justice.

2

6 of 10

ACS should know that there no place for distribution of our family, discrimination agains our america family.

3) I believe now and I do all on the believe that as of January 20-2017 we will stand agains injustice, fake systems, fake news, fake act fable removal of our kids in there loving home

24 That no discrimination agains anyone, anywhere anytime, anyplace, anyhow so ACS Should do better to contribute to make this great nation great again.

25 No discrimination agains anyone base on origins sex, sexual orientation, nationality, personality, religion, culture, color of skin hair or height, weight anyhow; any man, woman, kids, elderly, animal all kind, Body of water all kinds, forest all kinds.

Dated: 07-06-17

_Sekou Kouyate_
Plaintiff

3

7 of 10

36   The way I feel went my childrens was
remolle from Home the way the feel been remolle
from Home, wasremolle from the school the lolle
remolle from the neighborhood the lolle I believe
that it was very painful.

37   To me to them by them asking Very dan
daddy I want to go Home daddy went I m I
going home it is very Hurtfol to See your Kids
Saufer from those eligal act.

38   Yes and all America as to Stand agains
discrimination of all Kinds, all forms that I believe
and inle all as to believe that America deserlle
better that America Kids deserve better.

39   Better Quality of life, better quality of love
better Quality of caring, better Quality of gov protection
better Quality of safety, better Quality of Justices.

Dated: 07-06-17


_____
SeKou Kampate
Plaintiff

3

8 of 10

40    ACS agent and the staff all of the organisation Has to ask for forgiveness from God for doing those bad mean Very bad work to this nation Kids.

41    We are in America not in the third World Country we Have to unit our family to be together as a family to together as a family for them to value the meaning of family difinition.

42    My family was Seperated by them elegaly the Kourate family Saufer for there distruition the distruit our Happyness, our love, our believe our family Value.

43    As of 21st century I believe we all believe that the greatnes of this country is to serVk and protect is people is land that is the land of freedam the Home of the brave.

44    Our Kids Should not Saufer by Seperating them from there loVing parent and Home We Should protide them all the help the need by them Staying with there parent. that is what America Stand and is what we all believe and Shoula believe.

9 of 10

45  America Has better value than this, the greatest nation on the face of the net, Has to be able to take care it family problem in its family find Solution to our Kids problem and saville them.

46  by them staying with there family in the family you are removing them because of the problem or because of your interest means personal interest

47  I believe and know that we saville our family problem and still protect our Kids from abuse and neglect by standing agains eligal Removal of our Kids.

48  ACS and I and all of us will believe together we will make american children Safe again, together we will make our children protected, believe again, trusted again, love again, rich again, caring again, that America I believe that will make America super super great again,

Dated: _07- 06-17_

_Sekou Krayate_
Plaintiff

3

10 of 10

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm Respectfully asking the Court to please grant me the judgment in the amount of $7500000000.00 in this case and disbursement together with any other relief the Court finds To be Just proper.

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26, 2017

Signature of Plaintiff _____

Printed Name of Plaintiff Sekou, Kouyate



*defendant no (12)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds negligence, discrimination,*
*Kidnapping of 14 or many American Kids*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* **Sekou Konyate**, is a citizen of the State of *(name)* **New York**.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* **N/A**, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s) **(12)**

   a.    If the defendant is an individual

   The defendant, *(name)* **N/A**, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____

4

*defendant no C&2*

b.   If the defendant is a corporation

The defendant, *(name)* _Foresdale INC_, is
incorporated under the laws of the State of *(name)*
_New York_, and has its principal place of
business in the State of *(name)* _New York_. *Or is*
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _New York_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

I'm asking the Court to please grant
me the judgement in the amount of
$450000000000 on this case and disbursement
together with any other relief the Court finds to be just
proper;

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

On 03-01-2017 at 9pm Ulyses Parker from
ACS came to illegaly Remove my 4 Kids from
There Happy to put them in Forendale Foster
Care Without any llegal paper to do So,
or any Sign of neglect, Abuse or any eviidence
of mistreatement of those Kids,

5

defendant no (12)

1 — I think it looks like the was right in my closet two other officer came and I relise my Kids to them later same night after 2 AM.

2 — Mr parker came with a form CS7018 Expecting to fouk me to Volunatary relise my Kids I said that it is a big discrimination to feul me with this Wrong form for me to sign in the wrange place.

3 — I thing it is a scam to discriminate me like that and thinking that I'm stupid to sign that form, I think we Hate to make America great again.

4 — I refuse to sign it because my kids Has no sign of neglect or abuse or mistreit, He said He receive a call from my Kids Shools the took my Kids to froresdale for foster care the took my Kids without any propers documetation the discriminate my Kids, and me because I'm black and African.

Dated: S.K. 07-08-17

Sekou Kouyate
Plaintiff

3

1 of 6

5       I belived that Konyate family Has been discrinate I Hale not done any neglet or abuse intestigation before remoling all my Kids

6       I think the issue a order of protection illegaly went I Had the one from Criminal Cowt against my lawful wife.

7       I reveille a full order of protection from domestic Violence cases that Happen on August 9 - 2016 and she was arrested.

8       I was violeted abuse and set up by my lawful wife with a tablet loaded with child porno graphique and attentif murder.

9       She put a black magic on me and cut in The back of my Head she said that she was protected by the police.

Dated: __SiX 06 - 06 -17__

SeKou, Konyate
Plaintiff

2 of 6

10 — I believe that Foresdale Has discriminated against Kouyate families for eligaly putting that in there care means foster care.

11 — My Kids cassandra Kouyate, Zeinabou, Kouyate Amara Kouyate, and sekou jr Kouyate was abuse and Has been fully discriminated against because there are American citizens.

12 — they was eligaly remove in the firts place by ACS then eligaly putting them on Foster care eligaly by Frauds negligence of the foresdale.

13 — Foresdale on January 20-2017 should know that american Kids deserve to be fully protected on our soil and abroad, anywhere, anyplace, anyHow at anytime.

14 — That this is a greatest nation in the planet the best Country in the world that believe and stand for Justice, Freedom for it citizen.

15 — THe american Kids Here and abroad Should be fully united to there family, that I believe and we all believe.

2

3 of 6

16 — That injustice anywhere is a treat to justice
everywhere we american do not stand for Braken up
our familly we all have to do the best we
can to unit and protecte our familly.

17 — By Uniting theme not to distruit them
the american kids are our Future and our life
the deserve to be unitete there family.

18 — We Know and I believe united we stand
devided we faul so it Has to slat with our
Children the future of the slate means united state
of America.

19 — Foresdale Take in my four Kids without
any proper paper work or documentation but
So ever How many Kids as of today life as been
putting in danger.

20 — How many Kids life Has been affected How
many love been taking away from those Innocent
Kids the american Kids.

21 — I will stand we all of Hatve to stand for
Justice for our children here and Abroad.
                    protection and safety
                    2

14f6

22    That all children the american children deserve better should be united to there family to give them less the deserve, Happyness that he deserve Caring that deserve.

23    THe are our Children the children of united of america The Have to be united not to be detrud the Hate to be lose by there biologied parent.

24    Forexhale and it agent Known and Has to Know That there is an affedi means Serious affect on Children inkent there are remote from there parent and Serious consequinces to the nation future.

25 I we Stand and we all Halle to Stand agains discrimination of all Kinds, that no discrimination agains anyone, anywhere, anyplace, at any time agains any Children of the nation.

Dated:  SK 07-06-17
        06-12-17

_____
Sékou , Kouyate
Plaintiff

3

5 of 6

26   Forestdale and it agent Har discriminated my family, distruid my family now we all will Stand agains discrimination.

27   That fran January 20-2017 the American children will get there life back the will all get back to there biological parent for the best interest of this great nation.

28   The best interest of our Country the best interest of our future no discrimination agains anyone base on sex, culture, origin, sexual orientation Color of skin, Hair, eyes, weigh, Height, nationality yeam at all.

29   I believe and we all believe that together we will make america safe again, together we will make america believe again, love again, caring again protected again, trusful agains, trueful again yes that we will make America Super Super great again

S.K 07-06-17

Dated: 06 - 12 - 17

Sekou, Kouyat
Plaintiff

3

6of6

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm Respectlly asking the Court to please grant me the full Judgement in the amount of $45,000,000,000 in this case and dis bursement together with any other relief the court finds to be Just proper,

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  09-26, 2017

Signature of Plaintiff _____

Printed Name of Plaintiff _____ Sekou Kouyate _____

*defendant no (13)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, Breach of Contract, negligence Set-ups, discrimination*

B.      **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* *Sekou Kouyate*, is a citizen of the State of *(name)* *New York*

b.      If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s) *13*

a.      If the defendant is an individual

The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____

*defendant no (13)*

b. If the defendant is a corporation

The defendant, *(name)* *The Child Center of N.Y* is incorporated under the laws of the State of *(name)* *NEW YORK*, and has its principal place of business in the State of *(name)* *NEW YORK*. Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* *NEW YORK*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

*I'm asking the Court to please grant me the judgement in the amount of $ 96,000,000 plus disbursement together with any relief the Court finds to be just proper*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*The Child Center of N.Y. as eligaly accuse me of food stamp fraud on 03-of 2016 at 140-158 Sanford Avenue Flushing N.Y 11355 a very serious crime.*

1    I also was video tape by them so the
Set me up with accusation that of food Stamps
fraud very bad intention and Serious
accusation.

2    I believe that the america familys do
deserve more than that, fair Hearing Has
Confirm that I was discriminate, that I
deserve Justice.

3    The fell to comply with the order
that came from fair Hearing and Still Send
me less that I deserve and family Right
Has been Violated.

4    We Have been discriminate and also
Violated these Rules and Regulation of America poor
familly, we ask for help for wellbeing and of
our Kids,

Dated: 09-24-17
       06-12-17

                          Sekou Konyate
                          Plaintiff

1 of 4

5 _____ I ask for them to comply it was Refuse
with law suot I'm asking for justice so that no
one should be discriminate dut to ask them to
comply to all the Rules and regulation of (Snap)

6 I'm asking to pay me back a retroactive benefit for the
well beeing of my american kids and all there
Right. for there wellbeing

7 _____ I will be and I'm in mission to ask for
Justice for me and my family that Has been
discriminate to the full extend.

8 _____ I belive been discriminate is very painful
experience for family those service are made available
for the wellbeing the american familys

Dated: 09-24-17

Sekou, Kanyate
Plaintiff

2 of 4

3

9   I beliete that no one has to be discriminate by at anytime base on religion, sex, sexual orientation, nationality, origin, color, width, Height or languages because it is Hone of the brate and land freedom,

10   I know is Has been gilling to america family for them to be taking care again, for all american kids to love, Appreciate again and be Thank ful again.

11   THe Hale to believe that they can count on america to make the life better, Greater, greater than ever before, and super super great again.

12   THe are not liking in third world country the are from the united State of america and yes the deserte it if the qutalified the deserte better because the are American.

Dated:   09-24-17
~~06-12-17~~

Sekou, Konyate
Plaintiff

3 of 4

13    We american family will again trust and believe again in the services that are given to the america family for the wellbeen.

14    we togother we are going make this Country super super great again, that is my believe because. Injustice anywhere is a trait to justice everywhere.

Dated: 09-24-17

_SeKou Kouyate_
Plaintiff

4 of 4

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm asking the respectfully grant me the judgement in the amount of $96,000,000 plus disbursement to either with any relief the court finds to be just proper.

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26, 2017

Signature of Plaintiff _____

Printed Name of Plaintiff _____ SeKou, Kouyate _____

*defendant no (14)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, negligence, discrimination, set-up defamation of character, Attenpt Murder*

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* *Sekou Kouyate* is a citizen of the State of *(name)* *New York*.

b.   If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s) *14*

a.   If the defendant is an individual

The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

4

*defendant no(14)*

b.  If the defendant is a corporation

The defendant, *(name)* NATion wide Mutual insurance Company. _____, is incorporated under the laws of the State of *(name)* New york _____, and has its principal place of business in the State of *(name)* New york. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* New york _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I'm asking the Court to please grant me the Judgment in the amount of $ 999 0000000000 on this case and disbursement to gether with any relief the Court finds to be Just proper.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On November 28-2016 at 95-19 51st Avenue in Queens; I was a Victim of Nationwide Mutual insurance Company fraud and organise crime. by there Criminal agent Nancy Linares,

defendant no 14 Nationwide Mutual Insurance Company

1. an accident agains me to get me kill or accuse me intentionaly with insurance frauds by there organise crime agent to colide there car into my car.

2. on 11-28-16 I was picking up my kid from the pharmacie and this car acura came from nowhere and hat me car.

3. I call the police to make an accident Report after 45 minute the police officer Nicholas R. Amato and His partner came to the location.

4. officer Nicholas R. Amato came and ask me About the accidente and I give Him my Side of Story and He ask me About my driver license.

5. and My Insurance I D card which I did Just that, and officer Nicholas R. Amato from 110TH precinct in Queens.

6. Went to the driver number 2 means the next car that coladed with into my car Intentionaly and touch Over 20 minute.

2

1 of 16

7    making a phone touching to that driver
and speaking to other people on the Side Work
that was also the member of that organise
crime agains me to get me kill,

8    after 45 minute spending time
with the next driver and the people at the
Side Work, a phone calls all that,

9    officer Nicholas R. Amato came back to me
and ask me about if I can step out of the car
and see the damage of the second car,

10   I said officer I do not believe that, that is
necessery can you just make your Report and
let me go I'm very late to Work,

11   officer insisted that I steps out of my car
I said ok and I did do what my officer Said,

Dated: 09-24-17


_____
Sekou, Kouyate
**Plaintiff**

3

2 of 16

12   my NYPd officer said again what happen and I said the same thing back to him means the same story that I told him at first.

13   the officer Nicholas D. Amato said to me ok now you two have to change the information and Resolve it in the phone call.

14   I said officer what do you means about that I call you to simply make an official police accident or the organise crime accident.

15   To get me kill the set-up crime the set-up accident and you are under oat officer I don't thing that you should see that to me agains.

16.  means surgething me to change the accident insurance info with a criminal LINARES, Nancy So she can set-me up agains with another crime.

Dated:   09-24-17

_____
Sekou, Konyabo
Plaintiff

3

3 of 16

17   no officer that should not came out of you to do that at all as, a city officer that all New Yorker count on you to serve and protect.

18   the citizen of New York and citizen of united State of America, an officer that we all to trust and Respect.

19   I must not to make any change of information with the criminal means the driver of the second car at all.

20   an 1 Hour 45 minute Has pass Just like that and this officer is with anothe third car with another lady inside that came to the side

21   the place of accident that third car came to the side at the Same location, Stat Video Taping me and my car.

Dated: __09-24-17__

__Sekou Kouyate__
Plaintiff

3

4 of 16

22   Using all discriminating word F Aterican
Video tapping me all the Car and insulting.
me with all kind of bad word you can thing of.

23   I did not Respond at all to that thing
car driver I was still seating in the Car waiting
for my officer to make the official Report of
the organise crime act.

24   My officer Nicholas R. AMATo came back
to me with Miss LinVares Nancy information
adress and phone no.

25   To call Ms LinVare Nancy later and Resolve
the Issue with Her later I Said to My NY Pd
no Sir I call you to make a Report, and.

26   I Think you Shoud do just that please
now it after 2Hours now/s and nothing.

Dated: 09-24-17

                                        SeKou Konyate
                                        Plaintiff

3

5 of 16

8 I fill so discriminate and felt in muliate that in 21ᵗʰ century yes there is still people that treat people Has Gabage.

9 I went to my doctor office I find the illegal Blood work in my file went I Requested a copie of my file.

10 There was eligal Bloods work Charge in my file that was not aware of my last Visit was on August 2016 and that Blood was make on 12-2016 2016.

11 He asked why the lady stat gilvang me different ansuver and run to the room to Call Sanebody for ansuver,

12 fulley discriminate by charging for Bloog Work that I did authorise.

Dated: SK 07-31-17
       06-12-17

Sekou Kouyato
Plaintiff

page 2 of 5

3

13Kouyate family An america citizens need help form my market place and we was fully Discriminate, set-up miliated,

14 disapointed and Hopeless, disapointed that an american Citizen Has to be discriminated by the market place at the Service of his people of america,

15 I believe injustice any where is a tredit to justice every where now we are asking one thing and one thing only Justice,

16 Justice to make america great again for the best interest of this great nation america real Has to be safe again, and talk to listne again, love each other again,

Dated: SK07 - 31 - 17
       OB - 12 - 17

_Sekou, Kouyate_
Plaintiff

page 3 of 5

3

17 I Know the market should not discriminate at lot discriminate agains, race, color, religions, sex nationality, sexual orientation, eyes color, wieght Height, origine, dignity.

18 I Have a dreams that one day allery poor American will be Qualified in the market place without any discrimination of any Kind,

19 I believe injustice anywhere is a trait to Justice allery were, all I ask is zustice for kounate family and believe my America Justice to do just that for the best of all america

20 For the american family to love again for the american to be greatful again, for the american to believe again, for american to love again, for the america to listned again, that will definely and will make this great nation Super, Super great again.

Dated: ~~06-12-17~~ sXc07-31-17

_____
Sekou Kounate
Plaintiff

. page 4 of 5

3

21 and did not donate. I call again to find out if that is possible I machine did not recognize my Social Security number.

22 I try to get to Someone to get an answer and the came to see that I Have to make another Application.

23 I Said no it not have to Recertifier the you just Have to do new application I Said no let me talk to Supervisor.

24 She Cut the phone on me ok Since I'm get an answer and dan't know what going on nobody want to help because I'm Black and AFRican.

25 I Have to Request for closejnr of my Kids insurance at risque of my Kids life.

Dated: 07-31-17
06-12-17

Sekou, Kouyate

Plaintiff

page 5 of 5

3

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm respectfully Requesting the court to please grant me the judgment in the amount of $85,000,000,000 and disbursement together with any other relief the court find to be just proper.*

V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __09-26__, 20_17_

Signature of Plaintiff       _Sekou, Kouyate_
Printed Name of Plaintiff   _Sekou, Kouyate_

*Defendant no(7)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, Scam, lied, Set-up Aminupulation use, Discrimination, defamation of Caracter, lies,*

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Sekou, Kouyate, is a citizen of the State of *(name)* New York

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* N/A , is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____

4

*Defendant no (7)*

b. If the defendant is a corporation

The defendant, *(name)* NYPD 110th precinct is incorporated under the laws of the State of *(name)* New York , and has its principal place of business in the State of *(name)* New York . Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* New York

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

The amount I'm asking the court, to please grant me the Judgment of $85000000000 plus disbursement, together with any other relief the court may find to be Just proper,

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The NYPD at 110th precinct set me up with my Lawful wife to accuse me of Rape and use my wife to put voodoo on me to let me Kill on January 2017, also use my wife with a Call Recording APP to Record my personal Conversation, so much more,

Defendant No (6)

(N Y P D) 110ᵗʰ precinct

1. On August 9 2016 my lawfull wife whu was arrested for domestic Violence she agreed me violently until I was wounded.

2. She came back home 24 Hours later on the false ground that the order of protection against her was lifted by the police

3. And she Has Right to return home I in the meantime checked her call phone there was a call Recorder Apps "inst" in the phone.

4. Whereby I discoverd that she was indeed Accomplice whith the 110ᵗʰ precinct to Set me up by recording my personal phone calls.

5. Po estrader will Confirm that and testifue to the Court to prouve that allegation to be truth anothing but truth.

6. I was falsely accuse by 110ᵗʰ precinct whith a lot of defamation of caracter and a lot of fause accusation.

page 1 of 4

7 Since she came back home she completly changed I could not reconized her at all. I found out that the 110th precinct colladed with her to the degree of releasing with a plan to frame me,

8 with a serious and most odious crime of sexually violated, when I checked her call recorder in her phone I found out that she lied.

9 The initial order of protection was still in effect, then I hastened to go back to the 110th precinct to ask for enforcement enforcing old order, of protection or issue one again.

10 I was not feeling safe at any time in my house with her at any time in my home, she even resorded to putting on me black magic Woodoo from her mother when I listened to her mother on call Recorder app of her phone, the

Dated: __06 - 12-17__

_Sekou, Kanyate_
Plaintiff

3

page 2 of 4

11 THe 110th precinct Knew all the long my wife agressive activity against me I was not safe yet the police at 110th precinct collided with Her against me.

12 I wanted to confirm on February 22-2017 Queen DA Mathew Reagan confessed to me that it is usual that inther inview are relead police always collaborates with them in framing their espouses,

13 I Saufer a Serious affect of woodoo I Had to travel to Guinea for traditional traitment, She Said She can do anything to me because She is protected by 110th precinct,

14 my life Has been traithning by the officer of 110th precinct ellen Spray a spray paint on my car traithning me of desportation, next page please

Dated: 06 - 12-17

_Se Kou, Kanyate_
Plaintiff

page 3 of 4

3

15 I Halle ben fausely accuse of terrorism, tabing my phone deformation of carater, immulate in the Community

16 I Halle been discriminate by them because I'm black and AFRica, the Violate my Constitutional Right, set me up the tablet in my car loaded with a child pornographique,

17 pulling pound of drug in my car, my wife phone Call Recorded apps Has it all Recorded.

Dated: 06 - 12 - 17

Sekou, Kouyate
Plaintiff

page 4 of 4

3

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm Respectfully asking the court to please grant me the judgment in the full amount of $85000000000000 plus disbursement together with any other relief the court find to be just a proper.

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _09-26, 2017_

Signature of Plaintiff _____
Printed Name of Plaintiff ___Sekou, Kouyate___

*Defendant no. (8)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Defamation of Character, Set-up, negligence Set-up, Confession of the DA Matter w/ Regan Confirming the Set-up, discrimination*

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* *Sekou Kouyate*, is a citizen of the State of *(name)* *New York*

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s) *(8)*

    a.  If the defendant is an individual

    The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____ *Or* is a citizen of *(foreign nation)* _____

*Defendant no (9)*

    b.    If the defendant is a corporation

The defendant, *(name)* District Attorney of is Queens County N.y incorporated under the laws of the State of *(name)* New York , and has its principal place of business in the State of *(name)* New York . Or is incorporated under the laws of *(foreign nation)* , and has its principal place of business in *(name)* New York

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I'm asking the Court to please grand me the judgment in the Amount of $89,000,000,000, and disbursement together with any other relief the court may finds to be just proper.

**III.**    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The district Attorney of Queens Has Set-up my lawfull relife to accuse me of the very Serious crime to put my away for very long time. on February 22-2017 in the DA Matter Regan office Confesed to Confirm that that is what the DA do When Woman get Arrested the use them to accuse there spouse of Sexual crime ~1

5

defendant (8)        District Attorney Queens County N.y

1  I was Victim of Domestic Violence by my lawful
wife who was arrested for that Criminal and
Violent action on August 9 2016 at 97-20 57th
Avenue Apt! 18K Corona N.y 11368

2   I was Violently agressed by Her until
I was wounded She came back home 24 H later
on the false ground that the order of protection

3   against Her was modified or lifted by the
police She has been told that She can come
home or return Home,

4  I said that is not possible that you can
be authorise to come Home after 24 H -

5  I said that the order at your Very
firths time after 24 H can not be lifted
at all it is when the order is issue.

6  The DA confessed to me on 22 of February
2017 that yes the set me with Her
accuse me of a sexual Crime,

1 of 8

7 ___ I in the thin meantime checked her cell phone (Call Recorder App) in her phone whereby I discover that she was indeed accomplice with 110Th Precinct to set me up.

8 ___ I listen to it find out she was indeed accomplice to set me up by recording my personal phone calls.

9 ___ Since she came back home she completly changed I could not recognized her at all, I fount oult that the 110Th precinct colladed with her to the degree of relesing with a plan to frame me.

10 ___ With a serious and most odious crime of sexually Violated, when I checked her call Recorder in her phone I found out that she lied to came home.

Dated: ___ Six 07-06-17
               06-12-17

Sekou Kouyate
Plaintiff

3

2 of 8.

1    THe initial order of protection was still in effect, then I Hastened to go back to the 110th precinct to ask for enforcing the old order of protection or issue ones against.

2    I was not feeling safe at anytime in my house with Her at anytime in my Home, She even resorded to putting on me a black magic,

3    Woodoo or Voodoo from her mother when I listened to her mother on call Recorder app of her phone it tell all each and every details,

4    THe 110TH precinct knew all the long my wife aggresive activity againts me I was not safe at Home, yet the the police at 110th precinct Celided with Her against me,

GK07-0617

Dated: 06-12-17

Sekou, Kompate
Plaintiff

3 of 8

15    I Saufer a Serious affect of woodoo I Had to travel to Guinet for traditional traitment, She said She can do anything to me because She is protected by 110th precinct.

16    my life Has been traitning by the officer of 110th precinct even Spray a spray paint on my Car, traitning me of deportation.

17    I Have been accuse of terrorism by 110th precinct at my return from traitment from africa on February 14-2017 I was call Aside by the officer of Custom.

18    I Have been taking to the room I been told the my aggresive wife Has Reported Same allegation agains me accusing me of terrorisme

Dated:  SIK 07-06-17
        06-12-17

        SeKou, Kourayate
        Plaintiff

4 of 8

19    I Have to confirm on February 22-2017 in Queens DA Mathew Reagan confised to me that it is usual that when women are release police always collaborates with them, in framing their espouse.

20    I Have been fausly accuse of terrorism, taking my phone, deformation of carater, immulate in my community.

21    I Have been discriminate by them because I'm black and African, the violated my constitutional right, I Have been set up, the tablet in my car loaded with a child pornographique inside.

22    the 110TH precinct Has set me up with pound of drug in my car, my wlife phone tell all "call Recorder app" Has it all Recorded.

SiK 07-06-17

Dated: 06-12-17

Sekou, Kouyate
Plaintiff

3

5 of 8

23    I'm asking for justice for DA Mathew colaborating with them to make my life miserable in my City New york, the city that I love.

24    I don't believe that should be traited that way at all and discriminated by them and I believe injustice anywhere is a trait to justice everywhere.

25    I believe my I. my president when He said we have to make america great again yes it Has to be safe again, it Has be protected again, it Has to be respected again, it Has to be beleving again te it justice Systeme.

26    I Have been Qualify Has an enemy of this great nation no I'm not I Have so much love for this great country working Hard to Care of my Kouyate family.

S.Y07 - 06 - 17
Dated: 06 - 12 - 17


_Sekou, Kouyate_
Plaintiff

6 of 8

27    injustice anywhere it a trait to justice of everywhere the Question Has of today How many of innocent man Seating in Jail for those eligal act by DA Matteal Regan.

28    Adad His people it is a crime it is a discrease to America Value, America that I believe in and who all believe does not Value this act does not Value injustice.

29    Discrimination in America in 21st century is eligal not fair if the Hale succeeded with my wife there Set-up I will Have been in Jail by now Since God protected me I like to tell the story and the Sky will be my limit to sick for Justice for all man, Woman innocent

30    Seating in Jail by there eligal act and Very discrimitory DA Mattew and district Attorney office Should not discriminate or distruit people life by Setting them up with there exposises.

31    nore discriminate base on race, color Hair, Skin, Culture, religion, sex, sexual orientation, nationality religion, origine, any where, anytime, any place.

2

7 of 8

32  We lille in greatens country in the World that believe in Justice, that believe in freedom for all equality for all if man commit a crime He should pay for it and Woman commit a crime Should pay for it that is Justice for all.

33  I believe and we believe that no one is above the law, that no one should Saufer for them getting Set-up for a crime He did not Commit or do,

34  I Stand for Justice we all Halle to stand for Justice that together We will make America safe again, together We will make america protected again together We will make America lolle again,

35  Together We will make America believe again, together We will make America trusful again, together We will make America Caring again that it is America I be in and that will make America Super Super -great again,

Dated: _07-06-17_

_Sekou Koumate_
Plaintiff

3

8 of 8



IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm respectfully asking the Court to please grant me the Judgement in the Amount of $890000000000 and disbursement together with any other relief the court finds to be just proper,*

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **09-26**, 20**17**

Signature of Plaintiff      _____
Printed Name of Plaintiff   _____ Sekou, Kouyate



What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Attemtif of Murder, frauds, Set-ups, lied, use, Confusion, discrimination.*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* **Sekou Kouyate**, is a citizen of the State of *(name)* **New York**

b.    If the plaintiff is a corporation

The plaintiff, *(name)* **N/A**, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s) **(9)**

a.    If the defendant is an individual

The defendant, *(name)* **MATTEW ReGan**, is a citizen of the State of *(name)* **New York**. *Or* is a citizen of *(foreign nation)* _____

4

b.      If the defendant is a corporation

The defendant, *(name)* _____*N/A*_____ , is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____*f*_____ . Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

I'm asking the respected Court to please
grant me the Judgment in the Amount
of $990 000 000 000 on this case for such
and Further relief as this Court may deem
Just propper.

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

On February 22 - 2017 DA MATTEIN Regan
Confessed to me that He Has use my lawful
Wife to accuse me of sexual crime
that would Have put me a laday for other
years, years, years in prison.

Defendant no(9)

## DA MATTew Regan

1. I Had domestic Violence Case against my lawfull Wife She Was arrested on August 9 2016 She Violently aggresed me.

2. Violently until I was valounded at 97-20 57th Avenue Apt! 18K corona N.y 11368,

3. She Came back Home on false ground that the order of protection agains Her was lifted by the police.

4. And She Has Right to Return hone in meantime I checked her call phone (, call Recorder Apps)

5. I discolered that She was indeed Accomplise with the 110st precinct to Set me up by Recording my personal phone call.

6. Since She Came back home She Completly changed I could not reconized her at all I found out that 110th precinct colided with her.

7. To the degree of releasing with a plan to frame me.

2

1 of 6

with a serious and most odious crime of
sexually violated when I checked the call recorder
on her phone I found out that she lied the initial
order of protection was still in affect.

8    Then I hastened to so was still in affect
back to the 110th precinct to ask for Inforcing
the old order of protection of to issue an again.

9    I was not feeling safe at any time in my
house she often resorted to putting on me black magic
Voodoo from her mother.

10    When I listened to her mother as call recording app
of her phone The 110th precinct knew all the long
my wife agressive activity against me.

11    I was not safe yet the police at 110th precint
colided with her against me.

12    PS = I wanted mention that the first time
she was arrested in august 2016 for 24H when she
was released she lied to come home.

2

2 of 6

13   Matthew Regan should know that this country stand for Justice for all not by putting innocent people in jail and distruing there life

14   That the value of this great nation is to value Human life, value liberty for all that int is totaly eligal to and unfair to put innocent people in jail.

15   That america Has unbelieble value to Humanity than any country in the planet So that the Should be part of Solution not parts of problem.

16   the call apps in my life that I listen to is the one that Salle my life that Safe from going to jail for 25 years.

17   what Happen to those innocent other people probabily in millions innocent that Matthew Regan and it department Has putting in jail

18   I will not stop until all and ellery of them are totaly free and being fully Compasoted for Matthew inbrong doing and all ellery innocent are fully natise.

2

3 of 6

19    it is not what even america stand
for that is not america value my life Has
been traitning by the officer of 107th precinct even
Spray paint on my car

20    I Have been traitning of deportation by
been accuse of terrorism, went I came back
from my traitment on 02-14 2017 at JFK.

21    At the Airport as a citizen I was taking
in the room for an investigation that the also
Set me up again by my lawful wife to
accuse me of terorism so the can take me
to jail.

22    I Had order of protection Agains Her
but it is like I was the defendant not plaintiff
the did every thing to distruit my life but
I was fully protected by God.

23    I will ask the court to fully translate
those call apps on Her phone to Review fully
every evidence and every detail on that
phone recording apps to justice for
Kouyate.

4 of 6

24    MAtTew ReGan Has to Know that injustice anywhere is a trait to justice ellery where that it Has know Right to use my ralife to detruit my life.

25    I'm an american citizen I believe that all man are created asual, equality for all value of Human life.

26    Stating January 20-2017 there is no place for injustice, no place for set up no place for discrimination no place for discrimination any forms, any where, any place, at any time.

27    That discrimination base on sex, sexual orientation, origin, culture, trace, color of Hair, eyes, skin nationality, personality, religions no discrimination at all means 0 discrimination for all american.

Dated:  07-06-17

SeKay, Kouyate.
Plaintiff

3

5 of 6

28   That Mattew and of it all american stand for justice that injustice anywhere is a trait to justice everywhere.

29   That the Value of this great nation is not to distrust our own people life is to get togethe to built the nation to be the best and Super place to live for all.

30   The America that I believe is America that respect Human and defend and protect the life of it people for better not to be Sitting in Jail by set-up.

31   We will together make America safe again, together we will make america believe again, together we will make America protected again together we will make America Trustful again. Safe, love that will make our America Super Super great again.

Dated:   07-06-17

SeKou Kouyate
Plaintiff

3

6 of 6

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm asking the Respected Court to please grant me a judgement in the Amount of $980000000000 on this case for such and further relief as this court may deem just proper,

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26, 2017

Signature of Plaintiff

Printed Name of Plaintiff    Sekou, Kanyate

6

*defendant no (10)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Discrimination, Frauds, lied, Set-up defamation of character, false police Report on the cat,*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* *Sekou Kouyate*, is a citizen of the State of *(name)* *New York,*

b.    If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s) *10*

a.    If the defendant is an individual

The defendant, *(name)* *Nicholas R. Amato*, is a citizen of the State of *(name)* *New York* . Or is a citizen of *(foreign nation)* _____

4

*Defendant no (10)*

b.    If the defendant is a corporation

The defendant, *(name)* _____N/A_____ , is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

*I'm asking the Court to please grant me
the Jud amount in the Amount of $685,000,000
in this Case and disbursement together with any
other relief the court finds to be just proper.*

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

*On November 28-2016 at 57TH Avenue Corona Queens
Officer Nicholas R. Amato wrote under Oath beliving
to tell the truth ft. false accident Report Knowing
that the next driver Had no insurance meaning Uninsure.*

Defendant (10)

Nicholas R. Amato.

1. at full rusque of killing someone or somebody a kids, lady, man, dog, cat, elder man, and women an elderly

2. birth, mice, disable, blind, he chose to give me the double parking ticket instead

2

1 of 3

3 He chose to give me a parking Tiket, He Hask asked me not to make a Report of the incident instead change the information with other Un insure driller I Said officer no that does not make america great again.

4 I call you to make Report and I think you should do zust that, He Said to persue a claim againts the driller, I said yes I will after your Report Sir officer He Said I insist to exchange the information.

5 I Said officer can you please make the Report I Hate to go to Work I'm late and I'm in the mission to make america great again He Said what I Said officer I Hate to go To Work New yorkers need there driller in rust Hour to get Home.

6 He said let me ask other driller I Said OK officer I'm in mission to make america Safe again He Said to negotiate I Said I will but not now not Here not at this moment there will be very soon a time to negotiate.

Dated: 06 - 12 - 17

Sekou, Koujate
Plaintiff

2 of 3

3

7 Since the next driver Had no current insurance then
officer Amato wrote the Report with the wrong insurance
number and policie number wrong insurance code.

8           He swore that he was telling the truth while He
was protecting the other driver to this day my car
is not repaired, I just want to make America great again
I believe injustice anywhere is a trait to justice everywhere.
all I'm asking is Justice For Mr Kouyate.

9           I said officer we will negotiate when is time after
January 20 2017, yes officer today's date is 06-12-17
I'm ready are you now it's time officer are you realy
ready to negotiate to make america safe again, to make
america listening again, to make america believing again
to make america respect again, to make america love again
and make america super super great again.
           I believe the greatness of america and it justices.
We make for this great nation and it justice great again

Dated: 06-12-17

_Sekou Kouyate_
Plaintiff

3

3 of 3

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm asking the Court to please grant me the Judgement in the amount of $665,000,000 in this case and disbursment together with any other relief the court finds to be just proper.

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _09-26_, 20_17_

Signature of Plaintiff _____

Printed Name of Plaintiff _Sekou, Rouyate_



*Defendant no (11)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, negligence, kidnapping of my 4 kids discrimination, lieds set-up.*

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _Sekou, Kouyate_ is a citizen of the State of *(name)* _New york._

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _N/A_, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s) *11*

a.    If the defendant is an individual

The defendant, *(name)* _N/A_, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____

*defendant no (11)*

b.   If the defendant is a corporation

The defendant, *(name)* ACS N,yc Family court is Queens
incorporated under the laws of the State of *(name)*
NEW YORK, and has its principal place of
business in the State of *(name)* NEW YORK. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* NEW YORK,

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I'm asking the Court to please
respectfully grant me the judgement in the
amount of $75,0000000000 and disbursement
together with any other relief the Court finds to be
Just proper.

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On 03-01-2017 at 9pm at 97-20 57th Avenue
Corona N,y Apt! 18K 11368 ACS eligaly
Remove my 4 kids from there Happy Home
that my kids Has mised School for just 2 days.

27   is going on about the police Report all I'm getting is a trait, Video tapping and my officer N.Y.P.D officer insisting to get information about the Criminals.

28   now officer Nicholas R. Amato came agains back to me with a piece of paper to call the precinct 110th precinct to get my Report.

29   Very late from Work I did just what my officer Said I went to Work that day 2.45 minute late. Very Very late to Work.

30   two days later I went to my precinct at 110th precinct in Queens to get the police officer Report means the accident Report or the organize crime Report.

Dated:   09-24-17

_____
Se Kou Kouyate
Plaintiff

3

6 of 16

31  I touch the Report and Said it to make my Report to my Insurance agent mean the accident Report to my Insurance Company.

32  So I can file the Claim to Repair my Car the adjuster Call me and tell me that the Insurance Code on the 999 on the police Report,

33  does not Exsist I Said what How can that Happen and He Said Sorry Mr Kouyate I can not help you for now.

34  I Said what Can I do Sir He Said go back the precinct and ask the officer that made the Report to Give you the Correct insurance Code,

35  but as of now 999 Code on the Report does not Exsist at all at any where in the united State of America. I Said thank you,

Dated: 09-24-17

Sekou Kouyate
Plaintiff

3

7 of 16

36 — I call 110th precinct more than 10 time to get the Simple Correct code of the second driver insurance but impossible.

37 — I personaly went to the 110th precinct the said that I sould like my info that the officer will call I said ok.

38 — 2weeks as pass neither get a call nore mail nore any call back from the officer I went back agains for me to get to the officer impossible.

39 — now I find out that the only insurance info in the face of the police Report is Nationwide insurance and later after month a,

40 — I get a phone call from PennSylvania no (267) 416 - 3607 that the are my insurance adjuster and ask me about the accident,

Dated: 09-24-17

Sekou Kouyate
**Plaintiff**

3

8 of 16

#1   I Said to them ok I gave them my story again and He Said He will get back to me I Said ok.

#2   And g again a call back with the adjuster the Same adjuster withe a insurance Company info to Call to make my Report.

#3   I Said ok I find out officially that my insurance Company NAtionwide Mutual insurance Company is behind all this organise Crime.

#4   So I Said okgand I ReceiVe letter dated December 21-2016 from the MALLilo & Grossman Law firm, that I been sue by the Criminal.

#5   At first I find out that the accident Report of the Same accident as been modified or amended by the Same officer.

Dated:  09-24-17

SeVou, Kouyate
Plaintiff

3

9 of 16

46 Without my consent at all by making a
different Statement on the Second police Report
on the Same accident.

47 Without consulting me at all or without me
authorising the Amended or asking to Amend
the Report at all.

48 He neither Contact me When I try to Contact
him all that was to Hale me in look back —

49 Ms Linares, Nancy was driving Her Accura on
11-28-2016 without a proper insurance at all at
Riske to Kill me, anyone, anywhere, anyplace
at anytime at all times.

50 I also find out that the adress on the police
Report was not the real living or mailling adresse
of Ms Linares, Nancy.

Dated: 09-24-17

_Sekou, Komyate_
Plaintiff

3

10 of 16

51) So She drifting without an insurance policy or proper insurance at all and She provide or work out with my officer to put wrong adress an the Report.

52   to misleading the world about the policy 999 code an the Report police accident Report and She Said Her Attorney Mallilog Grossman as colladed with the officer to make that Criminal act.

53   by change the police Report with different Report an stament I was the victime of the organise Crime accident now getting trait fran there Attourney by Sueing me for damages.

54   by the the same law sued eligal law suet was not properly serlk at all so can find me guilty of there Crime and Sir the did Just that with the case no or index no? 705691/2017, all modified the first was on 2016 against me.

Dated: 09-24-17

_Sekan Koupate_
Plaintiff

3

11of16

55) the second amended police report still Halk an Insurance code 999 with the insurance Company Honey Sille with the policy no. PAA 261975 that will expire -08/7/17,

56) my adjuster gave an Insurance Company of integrate Insurance with totaly different code and policy no.

57) Since this accident no correct insurance code no Proper insurance company no proper legal Adress of the second driller and only proper legal insurance that is in face all over this case is.

58) My insurance company the Nationwide Mutual insurance Company. and since they promise me that Nationwide is my side to get me Kill with all prouve and evidences.

Dated: 09-24-17

Sekou Kouyate
Plaintiff

3

12 of 16

59    and withness to be call to the stand for tried at Queens County Supreme court means the full jury tried to get justice.

60    I believe injustice anywhere is a trait to justice everywhere, it is unfair, unjust, and unlawful act. by Nationwide,

61    the Question is now How many person that been kill with this act, How many person life as been distrud by this Criminal act,

62,   Since this incident only my Nationwide insurance as been on the face of this and now it is prouding and Confirm and believe to See that Nationwide is responsible of Attemif Murder, of Mr Kouyate on 11-28-2016 —

Dated: 09-24-17

Selkou, Kouyate
Plaintiff

3

13 of 16

63    Since the accident I Have a list of 4 lawfirm art the same and the all end up rejecting, the case Went the see the true about the case

64    Starting from the lawfirme of Mallilos Grossman to Malaperos prisce LLP, to two that Has contacted me and end up gilling up ant the this case.

65    Nationwide Mutual insurance company Should Know as to Know that starting from 01-20-2017 means this is Trumps time, that there will be no dissmination agains.

66    Agains me or any American citizen base on gender, sex, sexual orientation, origine, nationality, personality, religion, Heigh, weigh, Color, race, He, or she, kids, elderly, endrape, any Kind, anywhere, any place, any time at any How.

Dated: 09-24-17

Sekou Kouyate
Plaintiff

3

14 of 16

67    by understanding that it had been prowling that discrimination is unlawful, unfair, and unwanted or any, our land of united State.

68    this Country Has better Value than that it Has bless me and my family Love, Happiness the Hope, believe, Respect.

69    That no one life Should be distruct, or be Set-up for your interest or the Company interest and this land is the land of free.

70    We Have to Value our life the life of the American Children, Kids, Man, Woman, dog, bird Water, body of Water of all Kinds,

71    If I was Kill in that accident that day I believe that no one would hear this Story Since I'm bless to live and tell the Story.

Dated: 09-24-17

_Sekou, Kouyate_
Plaintiff

3

150f16

72   and lucki anough to life and tell the story now I believe in this country and it justices and I believe the justice will serve.

73   To the full extend the law and beele that this is very, very bad act of my insurance Nationwide Mutual insurance company.

74   That I have been lainded for very long time with the policy no. PAA 261975 for years been lainol to you and you promise to be on my side not to be on side to destroid me or kill me.

75   that been said I believe starting from 01-20-2017 together we will make America safe again, lolk again protected again, belielre again, reypected again, together we will make America lole agains, together this America Has to be safe we are all agains all insurance fraud agains your own Customer and that we make America Super Super great again.

Dated:   09-24-17

_____
Sekou Kouyate
Plaintiff

3

16 of 16

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm asking the court to please grant me the judgment in the amount $999 0000000000 on this case and disbursement together with any relief the court finds to be just proper.*

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26, 2017

Signature of Plaintiff _____

Printed Name of Plaintiff _Sellou, Kompate_

*defendant no! 15*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United
States Constitution that are at issue in this case.

*Frauds, Attempt Murder, defamation of
cemeter, distrimination, negligence,
breach of Contract, libels, Set-up,*

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* Sekou Kouyate, is a citizen of
        the State of *(name)* New York

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____ N/A _____, is incorporated
        under the laws of the State of *(name)* _____
        and has its principal place of business in the State of *(name)*
        _____

    *(If more than one plaintiff is named in the complaint, attach an additional
    page providing the same information for each additional plaintiff.)*

2.  The Defendant(s) *(15)*

    a.  If the defendant is an individual

        The defendant, *(name)* _____ N/A _____, is a citizen of
        the State of *(name)* _____ *Or* is a citizen of
        *(foreign nation)* _____

4

defendant no: 15

b.   If the defendant is a corporation *Societe AIR France, KoninKLIJKe*
*LuchTVaart Maatschappiz N.V, Delta AIR Lines,*
The defendant, *(name)* _INC._, is
incorporated under the laws of the State of *(name)*
_New York_, and has its principal place of
business in the State of *(name)* _New york_. Or is
incorporated under the laws of *(foreign nation)*
_France_, and has its principal place of
business in *(name)* _New york._

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

I'm asking very respectfully to the Court
to please grent me the Judgment in the amount
of $989 000 000 000000 and disbursement together with
any relief the court finds to be Just proper,

III.   **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

The Ticket no: 0577768635621 with Booking
Reference no: 4JMCRC to Paris France on May 1-2016
was a set-up to shut down the plane to get me
Kills I will prove it at the court to be the truth
nothing but the truth, flight no: AF3577 operated
by Delta Air Lines on that day I was told to go to
Terminal 1 Air France I got there one of the agent,

defendant no 5 DELTA AIR / AIR FRance —

1   told me that I was on the wrong terminal to
go to terminal 2 Delta, I said ok So I went
to the terminal.

2   on may 1 2016 I departed from JFK to Paris
charles de gaulle for 7 days to continue after 7
days to ABidjan. I

3   at first I was told that my trip to Paris
7 days, ABidjan, lome, Bamako, Conakry all
in west Africa.

4   and Back to Paris to JFK New york
will cost me $1046 U.S dollar I said wow
to good to be true is always not true on less
Something behind it.

5   I Said ok and also I end up not paying
for the trip again a Said wow what a treet
only in America.

6   The best Country in World that Somebody
Someone will offer the trip that expensif to
go around the world for free without any explaination.
but surreller.

2

1 of 8

7   This trip was from JFK on May 1/2016 to
Paris France for 7 days and From Paris charles
de Gaulle on May 07-2016.

8       To Abidjan Felix Houpouet Boigny in Flight AF0524
West Africa, from Abidjan May 16-2016 to
Lome west Africa, & eyadema International.

9       From Lome on May 16-2016 Flight KP0018
To BAMAKO Mali west Africa at Senou International
from BAMAKO with flight no KP0016 to Conakry

10      Guinea west Africa on May 26-2016 that
was change by the AIR line went I was there to
May 28-2016 for them to well plane there
Crime against me.

11      From Conakry international Airport on July
11-2016 Flight no: AF0727 to Paris charles
deGaulle.

12  From PARis charles de Gaulle flight no: AF-0006
on July 12-2016 to my city New york city at
JFK international Airport.

2 of 8

13  For all that trip for just $1046 u.s that
is wow ok now the trips was set-up unique ly
to take me out by to get me kill.

14      It will be prouking at the tried in
front of the jurys fully without any dout
but zoreter.

15      I Spoke to Mr BoB carter about this
case He spoke to AIR France Inllestigator About
the tiket He was told that.

16      This Tiket no: 057 776 86 356 21 was paid
by a check that came fram laGuardiA Airport
New york.

17  now my Question on that will be why that
tiket payment was made fram laGuardiA by
what company or what parson.

18  How is that parson that is offering that
Around the world trip to a poor AFriican man
to travel allother for free.

2

3 of 8

19    I need my first Witness to be that Company
or that parson that names on that checks to the
stand on the tried.

20    my Second Request is to Request from
the Bank that Receive the transaction on that
check to provide every details About the
account of that parson or Company.

21    that paid for that Trips so all the
details possible and why He or She paid for that
trip.

22    what relation Ship He or She or the Had With
me to offer to pay for that $8000 or more
Value of trip to me.

23    For $1046 and end up not paying a cent
for the trip after there testimony infront of
the jurys and the Judge.

24 I will ask to you to contact 10 more Air
line different from Air France if the are offering
that services to all that Country How much
will that cost.

2

4 of 8

25. and than ask Air France to fully disclose the identity of the parson or company that for my ticket.

26. For the trip around the world so the can come to Queens Supreme Court to testifye fully about the raison behind all this,

27. We Happen to Sut down the plane three times during that trip to bring down the plane but God was in fuil Control.

28. He ask God to Safe me and all the people in that plane yes God did answer me fully that is why I'm Here today to tell the Story.

29. God is powerful and He is in control of Everything we do in life.

Dated: 08-21-2017

_Sekou Kompte_
Plaintiff

3

5 of 8

29) I'm america God you are the firts to Know I'm killing trouble of that organise Crime, it will be prowling by the court of law.

31) AiR France Delta colated with those one intention to Sut down the plane to get me Kill take my life away and the life of many other in the plane.

32) also the put me in the Same plane from Bamako to Guinea with Same Guinea politicien together Same intention to us Kills all Very Serious Very True, Very Honest,

33) it will be prowling in the Court in front of the jury and the judge I believe in justice anywhere Is a trait to Justice everywhere,

Dated: 08-21-2017

_____
Skou Kourgate
Plaintiff

3

6 of 8

34 AIR France/Delta Has to Know and there Agent need to Know that Starting 01-20-2017 the politic is dead.

35 it is trump time we american will get justice at all lost that discrimination agains anyone, anywhere, anyplace, any How, at anytime will not stand.

36 That this time I want justice that is all I am asking for we will call Every person that was in that plane to testify in that Court.

37 all your witness from laGuardia all Bank agent or personality all the politycien that was in that plane to testifey and bring out the true about

38 this law suet and for justice to Serve and for the true to prevelle,

Dated: 08-7-2017

Sekou Kouyate
**Plaintiff**

3

7 of 8

39   This case with the index no 7585/17 will
Send a clear message to AirFrance/Delta
that Starting from 01-20-2017.

40   there will be no discrimination against
any one base on gender, Sex, Sexual orientation
He or She, man, woman, bird, trees, body of
water, elderly, Kids, animals of all Kind,

41   Anything, anyplace, anywhere, anyHow
at anytime that america Has a better Value,
we all Has to protect and preserve that value.

42   That together we will make America Safe again,
Together we will make america protected again,
that together we will make america Strong again,
that together we will make america believe again
that together we will make America look again,
and that will make america Super, Super, great again,

Dated: 08-21-2017

_Sekou Koayate_
Plaintiff

3

8 of 8

*defendant no. 15*

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm Respectfully asking the court to please grant me the judgment in the amount of $1989000000000 and disbursement together with any relief the court finds to be just proper.*

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26, 20 17

Signature of Plaintiff _____

Printed Name of Plaintiff   *Saikou Kouyate*

*defendant no(16)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, negligence, breach of Contract, Set-ups Attemp of Murder, defamation of caracter Set-ups,*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Sekou Kouyate , is a citizen of the State of *(name)* New York,

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s) *(16)*

a.    If the defendant is an individual

The defendant, *(name)* N/A , is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

4

*defendant no(16)*

b.   If the defendant is a corporation

The defendant, (name) *Capital one Financial Corporation*, is
incorporated under the laws of the State of (name)
*New York*, and has its principal place of
business in the State of (name) *New York* Or is
incorporated under the laws of (foreign nation)
_____, and has its principal place of
business in (name) *New York*

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

*I'm respectfully asking the court to
please grant me the judgment last the
amount of $999,000,000.000 plus disbursement
together with any other relief the court find to be just
proper.*

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

*I was set-up by capital one Financial Corporation
and been accuse of frauds, Very serious Crime
the related with Sackstein & Sackstein & Lee
to issue me a check a fraud check to a cause
me with Federal Crime.*

5

defendant no (16) Capital one financial corporate
not good at all 03-16-17 at Sackstein office I ask
Mr lee to provide me with the information of my file
on the accident I was Refuse.

2 and I ask Mr lee why the issue a fause check to
me He said that it was Issue by capital one Bank
for them means Mr lee.

3 To ask it to me to me to deposite the bad check
to my account so I can be accuse of bank fraud
the Very Serious Federal Crime.

4 I find that a very serious confesion by Mr lee
by telling that in His office on 03-06-2017 at
1140 Franklin Avenue Suite 210 Garden city, New york.

5 Sacksteins lee fail to provide me with all the
file and said that the can only release the medical
Record of my file.

6 I Said to Mr lee that by Refusing to provide me
with a copie of my file is against the law and
against the freedome of information act and against
the law.

2

1 of 5

7 I find out also with a very Hard evidence that Mr lee and it firm means Sackstein & Sanck stein colado with capital one financial.

8   To set me up with a fake accident to accuse me with insurance fraud so my accident settlement chech was issue by capital one.

9   The fraudulose chech to me because the was not succeful to accuse me with the accident fraud so the can accuse me with Bank fraud.

10 wlow to criminal act by capital one financial and Sackstein & Sackstein lee, to accuse me of the very setrioue federal Crime.

11 I belielle that injustice anywhere it is a trait to justice everywhere so that is How capital one Bank and Sacktein & lee are running there Busness.

12 by fausely setting up, accussing innocent people means clean and decent people of federal Crime that is eligal, unfair, un american.

2

2 of 5

13  I was issue the settlement check from capital one Bank for me to deposit that in my Bank account and the Bank will accuse me with Bank fraud.

14  at the trial of this case no: 7587/2017 I will like to Request a copie of that same check to present it to the Jury for them to make and Judge this case fairly, honestly to the extend of the law.

15  And Sackstein Sackstein Should be Supeno to the trial Specialy Mr. Lee to testified on the capital one And tell the truce about the hold situation.

16  Capital one financial is a fraud and Has commited a federal Crime agains me just by issuing that bad check to me a lone that is a Crime.

17  I'm asking Capital one Bank to please and Sackstein get the case no of my accident case, the index no of that case, when and where it was file.

18  and the conclusion or the settlement of that case all the file as it will ipresented to the Jury at the trial.

2

3 of 5

19 The Court Appearances the final court decision on the Amount of Settlement the judge on the case means every details and information of that particular case.

20 in an weird all file Request in that case to be Reviewed by the jurys on this case the court Appointed jury all evidences.

21 and Services done on this case I deserve to get justice and I believe in our Justice System to do just that.

22 because capital one bank Violated my Right by attempting to accuse me with accident fraud and Attempting to accuse me with the federal crime by issuing the fauce Bank checks.

23 it is a crime to Set me up, a crime to Set me up with accident accident fraud, a crime and federal crime to issue a fake check.

Dated: 08-30-17

_____
Sellou Nouyato -
Plaintiff

3

4 of 5

24- acting and coaded by Sackstein means Capital one Bank coaded with Sackstein to Set me up (with that crime it self is a criminal act.

25 THat should be punishe by the law went prouling by the code the law Very bad Criminal act by Sackstein and Capital one Financial institution.

26- I will be asking the jury of this case to get me justice to the full extend of the law.

27 And I will be calling Mr. La and it staff Mercedes to the stand to testifie and tell the true about my allegation.

28 Capital one is a fraud, Scam, and Criminal and the should know that doing those Criminal act is Unamerican and it will to many people and dirty dicent people.

Dated: 08-30-17


                                    Se Kou Kouyate
                                    Plaintiff

3

C of.2

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to
order. Do not make legal arguments. Include any basis for claiming that the wrongs
alleged are continuing at the present time. Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts. Include any punitive or
exemplary damages claimed, the amounts, and the reasons you claim you are entitled to
actual or punitive money damages.

*I'm respectfully requesting the court to please
grant me a judgement in the amount of
$999,000,000,000 plus disbursement, together
with any other relief the court finds to be just proper.*

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served. I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26, 2017

Signature of Plaintiff

Printed Name of Plaintiff    Sekou Konyate

*defendant no(17)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, discrimination, negligence, Set-up*
*defamation of Caracter, Set-up,*

B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Sekou Kouyate, is a citizen of
the State of *(name)* NEW YORK,

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A, is incorporated
under the laws of the State of *(name)*
and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* N/A, is a citizen of
the State of *(name)* Or is a citizen of
*(foreign nation)*

4


*Defendant no (17)*

b.  If the defendant is a corporation

The defendant, *(name)* ALMA Bank , is
incorporated under the laws of the State of *(name)*
NEW YORK , and has its principal place of
business in the State of *(name)* NEW YORK Or is
incorporated under the laws of *(foreign nation)*
_____ , and has its principal place of
business in *(name)* NEW YORK .

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

I'm asking the Court to please respectfully
grant me the judgement in the full amount
of $998,000,000,000 against the defendant and
disbursement together with any relief the Court find to be just
proper,

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

On 07-03-2017 THE ALMa Bank issue a check
fraudulus check in colaboration with one of
ALMa Bank customer, Lie Taxi Management INC
to issue a fraudulose check with a Routing no!
143-013019 With the account no! 026014384 Wrong Routing
no to pay me as my pay check and ask me to deposit
that in my Account So I can be accuse of the very
Serious Bank and Federal Crime,

defendant no (17) Alma Bank

1 cause rounding no of the Bank X ALMA Bank of "013019" with the the Account no: 026014584 "was issue to me by Lic TAXI Management INC.

2 I work for Lic TAXI Management INC and gave me for my TAXI Credit card payment Refand in the Amount of $319.70.

3 as 07-03-2017 when I ask them for my payment on my TAXI credit card account the gave me that checks for my payment.

4 I took the checks to the ALMA Bank to Cash it and the agent at alma Bank told me that She can't Cash the check.

5 And she's not telling why I said it ok no problem, so went back to them at my TAXI Garage to tell them that there Bank in not honoring there check.

6 means The Alma Bank is not Honoring there check. The dispacher Jamil Attmed told my that his Boss Apostolopoulos, George Just came Fran the Alma Bank on 28-31 3st Street Astoria.

2

1 of 5

7   For the issuance of that checks that He Has been
   Instructed by Mr George to give me that checks
   for my payment of $319.70.

8   I said I understand that ALMA Bank issue
   this fause check to your Boss George Apostolopoulos
   for him to set me up with.

9   So can be charge or accuse of fraud or
   Bank fraud or scam but that is a crime itself
   just for him issuing the check to me.

10   Means Very Bank checks a fraudulese checks
   to me is a crime itself and He want to set me
   up to be accuse of crime.

11   That is not faire at all and it is defamation
   of caracter, I'm a clean Man, Honest man,
   means clean like water.

12   clean like a pure water and you Jamil Ahmed
   and your Boss Apostolopoulos George and alMA
   Bank is celatting to dirty me.

2

2 of 5

13 make look Very bad and setting up for me to be accuse of serious Bank Crime; or Bank fraud that is unfair,

14 eligal, fraudulus, criminal act, and Very discriminatory for all of you to do that against me to dirty my reputation,

15 it is against the law for Alma Bank to issue a check with a wrong routing number, with there legal Account number,

16 To me Sekou Kouyate 07-03-2017 for me to be a bad person because of there Criminal peations and there bad intention,

17 To dirty a clean Man, and family Man working Hard to Care for his family, and working Man driving 12 Hours a day.

18 driving a New york City TAXi every day to make an Honest lidding to care for his Happy America family and you are setting me up to be accuse of the Bank most highest crime,

2

2 of 5

19 After that Jamil the dispacher said to give me back the chech and He went to His Boss George office and came back with an accuses.

20 He said that I should deposit the chechs in my Bank Account that He was directed by George to tell me to deposit the chech in my Bank Account

21 that the chech will clear Right the way not to cash the chech but deposit it I said ok but I can't not deposit this bad chech in my Account.

22 He went back again to His Boss office and came back with another, chech no: "13055" with another Routing no: "013055" and Account no: 026014384 in the amount of $ 319.70.

23 I said now look at the two chechs and look at the Routing no of them all and tell me,

Dated: 08-30-17

_____ Sekou Kouyate _____
Plaintiff

3

24 The different the first an you gab me made by the Alma Bank with the Routing no "013019" and the account no "026014384".

25 And the the second check was different Routing no "013055" and the account no "026014384" I said why He said to ask his Boss.

26 I said He now find out that all the account no are the same but only, the Routing no are different total that is a crime a Very serious crime.

27 agains the federal law agains me and it is a fraud that is a crime so it the main reason for this law suit.

28 ALMA bank is a fraud the set me up to accuse me of frauds and a federal crime and defamation of caracter intensionaly.

Dated: 08-30-17

_____
Sekou, Kanyate
**Plaintiff**

3

*Defendant no(17)*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to
order. Do not make legal arguments. Include any basis for claiming that the wrongs
alleged are continuing at the present time. Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts. Include any punitive or
exemplary damages claimed. the amounts, and the reasons you claim you are entitled to
actual or punitive money damages.

*I'm respectfully asking the court to please
grant me the judgment in the amount of
$99800000000000 against the defendant
in this case and disbursement together with
any relief the court find to be just proper.*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served. I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __09-26__, 20_17_

Signature of Plaintiff _____

Printed Name of Plaintiff ___*Elhou, Kouyate*___



_defendant no (18)_

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Frauds, negligence, set-up, discrimination, lieds, minipulation, defamation of caracter_

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* _Sekou Kougab_, is a citizen of the State of *(name)* _New York_

b.   If the plaintiff is a corporation

The plaintiff, *(name)* _N/A_, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s) _(18)_

a.   If the defendant is an individual

The defendant, *(name)* _N/A_, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

4

*Defendant no 18*

b.  If the defendant is a corporation

The defendant, *(name)* JP Morgan Chase, is & CO
incorporated under the laws of the State of *(name)*
New York, and has its principal place of
business in the State of *(name)* New York. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* New York

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

I'm asking the court to please grant
me the judgment in amount of $9980000000000
against the defendant and disbursement together with
any relief the court finds to be just proper.

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The account no 1874016850 was open to Accuse
me of very serious federal crime of Bank Fraud
the account was also chealy charge of $70 on
08-14-2017 for fraudulus act of the Bank for
the charge of 70 with the cheek no 9236 that
I did not authorise went I call I was told that
it the charge from online Bank going back to
2013.

defendant no. 18
J.P Morgan chase Bank.

1. on 08-14-2017 I find out that this Account was elegaly open and the Charge the Account of $10 for the fee way back 2013.

2. So the Account was open under my wife names to accuse me of Bank fraud Very Serious Crime.

3. The federal Crime I Had a lien on my Account I believe that if you Have a lean in your Account.

4. The no financial institution will Allow you to open the account or even ept any Bank Credit at all.

5. but to set me up the chase know J.P Morgan coladed with my wife to elegaly open an account under my name.

6. to accuse me of Bank fraud and accuse me of Vary Serious federal Crime.

2

7   JP Morgan chase is a fraud agains me to dirty my Reputation, dirty my life for good.

8   I'm a family man a clean man for them to iligaly open the account under my name and coleded with my wife.

9   To acuse me of Federal Crime I feel that, that is a fraud from there parts, der to do that.

10  It is ediral, unfair, un american, unlalalfull to do so or do that agains me to dirty me and my life,

11  And put me away to cail for Very Very long time away from my family, friend, My Happines for long time,

12  the Chase Bank should'nt do that agains me at all to dirty me it agains the federal laiw of United state.

13  To try to fausely accuse a clean man.

2

JP morgan chase should know that discrimination agains me and anyone, anywhere anyplace at anytime.

14  It agains the law and unfair, un america that discriminating agains any american is agains the law.

15  That starting 01-20-2017 that no discrimination agains any one base on gender, sex, sexual orientation, man, woman

16  Kid, elderly, disable, body of water of kind, all type, all kinds no discrimination agains anyone.

17  base on religion, weigh, heigh, color, personality, origine, heigh, color of eyes, Hair Skin any How,

18  That together We will make america, safe again bdiele again, love again, rich again protected again, accepted again and will make

19  America Super Super great again.

2

*Defendant no(18)*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm asking the Court to please grand me a Judgement for the Amount of $998 0000000000 against the defendant and disbursement together With any relief the Court find to be Just proper.*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _09-26_, 20_17_

Signature of Plaintiff _____

Printed Name of Plaintiff _Sekou Touyate._

6

*Defendant no (19)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, negligence, negligence, discrimination
Set-up, Abuse, use;*

B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _Sekou Kouyate_ is a citizen of the State of *(name)* _New York_

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _N/A_, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s) *(19)*

a.    If the defendant is an individual

The defendant, *(name)* _N/A_, is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

4

*defendant no! 19*

b. If the defendant is a corporation

The defendant, *(name)* _Mr Sinai ELMHurst Faculty PRATICe_, is incorporated under the laws of the State of *(name)* _New York_, and has its principal place of business in the State of *(name)* _New York_. Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _New York_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

_I'm asking Very Respectfully the Court to please grant the judgement agains the defendant in the amount of $ 988 000000000 and disbursement together with any other relief the court find to be just proper,_

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_Mr Sinai ELMHurst Faculty Pratice eligaly file a civil case agains me to accuse me of and dirty me and my Reputation on 07-02-15 at Queens civil court with a case no! Q 30224 /16 and get a judgment eligaly agains me on 01-25-17,_

5

defendant no. 19  MT Sinai elmhurst +

1    At anyplace for the best and greatness of this nation and well been of the people of New york and united state specialy our people of Queens and there well being.

2    Is it for me and you, He, or she, for the Kids, man, woman, elderly, Kids, all pet all animal, all body of water, all trees, forest lands, hillory, back, sea to know.

3    That in America as an america Soil on our land of united state we all believe that discrimination is eligal in all forms.

4    That discrimination any Kinds is agains the laws of our land that we all love and fear that we will not stand and we will all stands agains it at any means.

5    For the best of this great nation and greatness of america is justice for all, agains dismination ~~agains~~ ~~agains~~ anyone, anyplace, anywhere, anytime, anyHow, anyforms, anyKinds at all times.

2

1 of 5

6. For the best of this great nation at the well been of the people of united state specially New Yorker well being without any discrimination.

7. I feel very discriminated by this Hospital MT Sinai Elmush that ser Has Service this great city means New York city for very long time.

8. I felt discriminated so bad, very bad that I fill I'm in the thirds world country like walest Africa or Guinea saneithere way out there.

9. That should not Happen to anybody at all because this great city, means New York city Has no place for the word and the act of discrimination.

10. MT Sinai Elmhurst and it staff know that no one Has to saufer or been discriminated agains because it not the best interest for the Hospital and it staff.

11. I Halle been told by my God to ask the Court about my to Request the full DNA of my daughter Zeinabou Kouyate born on 11-14-12 in the Hospital and ask MT Sinai about the Results.

2

2 of 5

12 of that DNA and what Happen to my real kids that was deliver my lawfull wife the world need to Know and CNN need to know for there help to get real news for the american people.

13 "Very important Question How is Zeinabou Kouyate to Mt Sinai Elmurst Hospital."

14 And How many of those kids out there Mt Sinai Elmurst and How long Have you been doing that, orible act, I need to Know, New Yorker need to Know, America need to Know.

15 yes CNN deftly need to Know the world need to Know and America people need to know truth and nothing about the truth,

16 That should not been Happen to anybody at all because this great city means New york City Has no place for discrimination or any kinds, any forms,

17 Mt Sinai Elmurst and it Staff Know that no one Has to saufer or been discriminated agains because it is not the best interest of the Hospital,

2

3 of 3

18 Discrimination is very bad if felt very very bad no one should experience it in 21st century at all it is a very bad thing.

19 The MT Sinai Has charge me also with a fause accusation and elizaly charges me for the service that I receive went I was victim of domestic violence, diformation of caracter.

20 I have not been notified of the bills or any statement came to me to inform me of l'existance of that charges, then take me to court to find me guilty of charges that should not excist.

21 I was not inform or been serve the court order or anythink I fell so bad now the find me guilty of that charges in the Queens county small claim court sligal act MT Sinai.

Dated: 09-26-17

Sekou Kouyate —
Plaintiff

3

4 of 3

22   The Mt Sinai and it agent or staff has no right to discriminate agains base on gender, culture, sex, sexual orientation, religion, color of skin, hair, weleigh, height.

23   Race, nationality, languages mean any mean at all, any kinds, anyhow, any, any, For Mt Sinai Elmurst Facility to believe in America dream and believe the greatness of this nation.

24   IT has to have a real news not fake news That there is no discrimination anymore we all have to believe in one thing and one thing only that it is in Hour best interest to stop discrimination.

25   That together we can make america safe again, together we can make america believe again, that together we can make america protected again together we can make america trussful again together we can make America painful unpainful again. my all request from the court to Mt Sinai Elmurst to return and Report all my DNA or eggs that been taking from my wife lawful wife Dr aka camara from there times to present. That will make America super super great again.
     Dated:

2

plaintiff-

5 of 5

*defendant no(19)*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm respectfully Requesting the Court to please grant me the Judgement on this case against the defendant in the amount of $ 988,0000000000 And disbursement together with any other relief the Court finds to be Just proper.*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _09-26_, 20_17_

Signature of Plaintiff _____

Printed Name of Plaintiff ___Sekou, Kouyate,___

6

 *Defendant no(20)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, negligence, discrimination, Set-up, color charge,*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* *Sekou Kouyate* is a citizen of the State of *(name)* *New York.*

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s) *(20)*

   a. If the defendant is an individual

   The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____ *Or* is a citizen of *(foreign nation)* _____

4

"Defendant no(20)

b.     If the defendant is a corporation: Consolidated Edison Company

The defendant, *(name)* of New York INC, is
incorporated under the laws of the State of *(name)*
New york _____, and has its principal place of
business in the State of *(name)* New york. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* New york _____

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

I'm requesting the court to please grant
me the judgment against the defendant
in the amount of $892,000,000,000 and disbursem
together with any relief the court finds to be just prop.

III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

Jun/2017 I find out the Halle close my old
Account mean ConEd close my old Account
without my consent to do so because ConEd
Halle been over charging me for over 7 year
I only receive estimated bills from them.

defendant no (20)  Con ED—

1  that is Right wow Ho it Right that you
suppose to come out your office to Read the
metter she said yes I said ok so I think
you Have discriminate me shattow and because you
see my name Sekou Kouyate it black name and
African that's why you are alten charging me.

2  I believe that my Right Has been violated
and discriminated by Con Edison because of my Zip cod
and my phone number, and my adress.

3  I believe in america justice and it justice
and Human Right and God because "in God we tru
I'm asking our great court systeme to give me
justice nothing but that.

4  I know and believe that america greatness
it justice for man, women, kids, dogs, birth, trees,
wather, winds, street, Houses, cars, trucks, AIR plane,

SK 07-06-17
Dated:  06-12-17


Sekou, Kouyate
Plaintiff


1 of 4

5      I know and believe that injustice anywhere is a trait to justice everywhere and that has to change and change for the New Yorker the city that I love, respect and bless.

6      I believe con Edison do not have to discriminate me or anybody, anything, any company person but Server.

7      I have to be serve legaly, fairly, Unnely truely every New Yorker and me been discriminate Has make me very sad, very bad that the city that I love don't deserve this and I don't deserve to be Discriminated.

8      Con Edison Has to do better to make this Country great again, that know New Yorker Should experience about what I went throu with Con Edison.

Dated: 07-06-17

Sekou, Konyate
Plaintiff

2 of 4

9       I Have been discriminated because I believe
that the are often chargini me all the time a receiv
my bills is theight to mush for me but the are
killing me with no choices.

10       I believe the invested so mush to
update there system of producing Inergie in
investing in clean energie system.

11       I know and believe that clean inergie
is produce by the sun ant wind wind so
if that is a case that is giving by God and
God is not a Bussnes man but she des Return
Change Even all the time. She gave it us for free.

12       that said you receive free from God and
you charge more God Kids that is not Right
read those metter listens to God and reduce those
bills please that will make american Simingage

Dated: ___GIK 07-06-17___
       ___06-12-17___


                    Sekou Kouyate
                         Plaintiff


3 of 4

13    I believe in that justice and what this
Country stand for that Con Edison Has no Right To
discriminate eliminate me or Anybody Base on race, color origin
Sex, Sexual orientation, Culture, religion, nationality
or Zip code.

14    Con Edison should not discriminate base on
religion, weight, Heigh, color of our eyes, Zip code
the addresses, all new yorker matter Has to be treplace
to 21TH Century matter.

15    I pay my bills for them to get out to
Work head those matter not to estimate my bills
Seating in their office doing nothing.

16    I believe that ready my bills will
make america great again, love again, believe
again, respect again, protected again, Safe again
and Super Super great again.

SiK07-06-17
Dated: 06-12-17

Sekou, Koroyato
Plaintiff

4of4

*defendant-no (20)*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to
order. Do not make legal arguments. Include any basis for claiming that the wrongs
alleged are continuing at the present time. Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts. Include any punitive or
exemplary damages claimed, the amounts, and the reasons you claim you are entitled to
actual or punitive money damages.

*I'm respectfully requesting from the Court
to please grant me the judgment against the
defendant in the amount of $892000000000
And disbursement together with any relief the court
finds to be just proper.*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served. I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __09-26__, 20_17_

Signature of Plaintiff _____

Printed Name of Plaintiff ___Sekou Kouyate___

 *Defendant no (21)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, negligence, invasion of privacy, breach of contract, Set-up, Scam.*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _Sekou, Kouyate_ is a citizen of the State of *(name)* _New York_

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _N/A_, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _N/A_, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

4

*defendant no(22)*

b.  If the defendant is a corporation

The defendant, *(name)* Charter Communication INC is INC
incorporated under the laws of the State of *(name)*
New York , and has its principal place of
business in the State of *(name)* New York Or is
incorporated under the laws of *(foreign nation)*
, and has its principal place of
business in *(name)* New York

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

I'm respectfully asking the Court to please
grant me the judgment against the defendant
in the amount of $83,000,000,000 and disbursement
together with any other relief the Court finds to be just proper.

III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

The FBI use the cable Box E16TCA198 / E16TC+760
to eligaly spy on me or my account no: 8150150004210-
5704 at 97-30 57 th Avenue Apt 18K Corona
NY 11368 for over years until January 2017

defendant no(21)

1  I'm there Customer Since it were call time warner to discriminate me by Sending me bills that said Spectrum and if I make a payment the receipt give info about time war on January 2017 the illegaly Spy on me true the Cable Box

2  That is for me Very troubling about the Company that discriminate my Having Free different names I said because I'm black and African that is not what this great nation Stand for at 97-20 57th Avenue Apt.18K.

3  Spectrum, time warner, charter Communicati need to do better not to discriminate againts and do better to make this Country great again for the best interest of United States

4  I believe that went my lawful wife touch Her name of the account and the bills was over paid mean the Account and Had a Credit of $148.77.

Dated:  Sk 07-06-17
        06-12-17

Sekou Kowyate.
Plaintiff

1 of 32

5    I Should not be charge again with differe
Statment that is discrimination as said my
wife name and its other my names.

6    I beliew that it fill so bad to be
discriminated agains because I'm black and AFR
america, america stand for better than that

7    I' as america citizen belielle that
injustice anywhere is a treat to justice
anywhere I need justice.

8    I beliew we all beliew that no one
Should be discriminated that we america our
to do our best for america to be safe again,
protected again, beliewagain, lock again,
that we be and will make america super
super great again,

SiKO7 - 06 - 17

Dated: 06-12-17

SiKou Kourgate
Plaintiff

2 of 2

*defendant no (22)*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed; the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm asking the Honorable Judge and Jury of the court in this case to please grant me the judgment in the amount of $ 83000000000 in this case against the defendant and disbursement together with any relief the court finds to be just proper.*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *09 – 26*, 20*17*

Signature of Plaintiff _____

Printed Name of Plaintiff  *Sekou Kouyate*

*, Defendant no(22)*

b.    If the defendant is a corporation 
The defendant, *(name)* _____ *T-Mobile North east LLC*, is
incorporated under the laws of the State of *(name)*
_*New York*_, and has its principal place of
business in the State of *(name)* _*New York*_ Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _*New York*_

*(If more than one defendant is named in the complaint, attach an*
*additional page providing the same information for each additional*
*defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

*I'm asking the court to please grant me*
*the judgement in this case against the defendant*
*in the amount of $75,000,000.00 and disbursement*
*Together with any other relief the court finds to be just proper*

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

*The FBI set me up with phone and use the*
*T Mobile for me to use it for free on my trips to*
*Africa to track on all my contact and*
*phone call elisaly back on May 2016 to February*
*22 2017 intasion of privacy.*

*Defendant no(22)*

b.   If the defendant is a corporation

The defendant, *(name)* _T-Mobile North east LLC_, is incorporated under the laws of the State of *(name)* _New York_, and has its principal place of business in the State of *(name)* _New York_. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _New York_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I'm asking the court to please grant me the judgment in this case against the defendant in the amount of $75,000,000,000 and disbursement together with any other relief the court finds to be just proper

III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The FBI set me up with phone and use the T mobine for me to use it for free on my trips to Africa to track on all my contact and phone call elisaly hact on May 2016 to February 22 2017 invasion of privacy.

6*53/2017 VERIFIED ANSWER

*Defendant no (22)*

1. The said Sorry that will Agent it because the know that the are discriminating me I said now no that you Should not discriminate.

2. I Request a Credit yes issue me, but continued other, other, other again I call T-Mobile please stop the said ok Sorry

3. I believe I did my parts to forgive and forget them but the continue to discriminate again I said one day We will need to make America great again

4. I know T-Mobile do not Should not discriminate base on, race, Religion, color of eyes, color of hair Skin, Sex, Sexual orientation, origine, nationality Weight, Height SO I need Justice because injustice anywhere it is trait to justice every where.

S* 07-25-17
Dated: 06-12-17

*Sekou Kamyate*
Plaintiff

3

1 of 2

*:defendant no(22)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*over charge, Scam, frauds, Set-up*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* *Sekou Konyate*, is a citizen of the State of *(name)* *New York*

b.    If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____ *Or* is a citizen of *(foreign nation)* _____

4

*Defendant no(22)*

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed. the amounts. and the reasons you claim you are entitled to actual or punitive money damages.

*I'm asking the Court to please grant me the*
*Judgment in this case in the amount of $ 890000000000*
*against the defendant and disbursement together*
*with any other relief the court finds to be Just proper,*
*and invasion of privacy.*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __09-26__, 20_17_

Signature of Plaintiff _____

Printed Name of Plaintiff ___*Sekou Kouyate*___

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Attentif Murder, negligence, Set-up Frauds, discrimination, Scamp.*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* *Sekou Kouyate*, is a citizen of the State of *(name)* *New York*

b.    If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* *PATRICK Van Man NEW*, is a citizen of the State of *(name)* *NEW YORK*. Or is a citizen of *(foreign nation)* _____

4

*defendant no(23*

b.   If the defendant is a corporation

The defendant, *(name)* _____ N/A _____, is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____. and has its principal place of
business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

*I'm asking the Court to please grant me
the Judgement in the amount of $999.00000000000
in this case agains the defendant and disburcement
together with any relief the court finds to be just prop*

III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

*an FBI agent Attented to Kill more than
3 times His name is one of the car accident Report
On 03-18-2015, Second time on the NY turnpike
third on the Bell parkway on Sunday of octobr
2016 and Shut down my car on the parkway
to kill me,*

defendant no (23)

PATRICK Van MAANEN FBI agent

1 on 03-18-2015 He attempted to Kill me with the Car accident by intentionaly driving is Car into my Car.

2 in the Bad intention to get me Kills and later Set me up for possible Insurance fraud.

3 I find out his intention to set me up for assurance fraud Since He was not Suceeful to Kill me I felt Very discriminated.

4 and disappointed on my FBI that the can do that to an america citizen for the political interest of the Foreint national.

5 He Celaborated with the physician, with the Attorney in this case to accuse me of Insurance Fraud.

6 and with the physician to inject me with the injection to Kill me I will all of them to Court to testified.

2

10/3

X    the night of the injection felt a serious Heart beep and serious Heet up that morning I went back for te ask since I ask before the injection the side affect.

8    I was told there was no side affect at k I spoke to nurse she said te seat around and cane back said te go Home if it insist te cane back.

9    my God Save me and I survivle but I Sufer an erection disorder Ed now permantly Very serious consequences.

10    He also colaborate with my law firmd Subin associate so he can set me up for accident frauds, that is serious discrimination.

Dated:   06-12-17

Sekou, Kouyate
Plaintiff

2 of 3

3.

1    I'm accuse him of for severe crime attemtf murder and distruction of my sex life for life, I believe injustice anywhere is a trait to justice anery mthere

2    I'm suffering a serious consequeces and affect of that injection, due to Vonlontary act and very bad intention.

3    We need to make america great again Safe again, protected, again, belielling again, to believe that yes america defmetly need to be great again.

4    He irrensable hiallia made me discriminated abuse, violated, saufer, for life I don't thing I deserve that ponisement fran him to distruide my life.

Dated: 06-12-17

Sekou, Kouyate
Plaintiff

3 of 3

*defendant no(23)*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm respectfully Requesting the court to please grant me the Judgement in this case in the amount of $999000000000 against the defendant and disbursement together with any relief the court finds to be just proper*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _09-26_, 20_17_

Signature of Plaintiff _____

Printed Name of Plaintiff _____Sekou Kouyate_____

*defendant no (24)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*over charge, Frauds, negligence, Scam, discrimination.*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* *Sekou Kouyate*, is a citizen of the State of *(name)* *New York*

b.    If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

4

*defendant no24*

b.  If the defendant is a corporation

The defendant, *(name)* _Canada leasing LLC_ is incorporated under the laws of the State of *(name)* _New York_, and has its principal place of business in the State of *(name)* _New York_. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _New York_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_I'm asking the Court to please grant me the Judgment in this case against the defendant in the amount $975,000,000.00 and disbursement together with any other relief the court find to be just proper_

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_I was illegaly over charge by Canada leasing from my lease of 2008 to 2017 against the Rent Control law, against the Rent Control Regulater, over 9 years at 97-20 57th Avenue Apt 18K Corona N.y 11368 I find unlawful, illegal, unamerican, against the law of United State,_

defender no (24)

1. I Halle lived in canada Building for over 15 years the dizzly increase my Rent because I'm African America to keep me poor.

2. and Refuse to Reduce it back the noly fix outside but the inside of my appartment look like the thirld world country.

3. Some time I take sower & fill like I'm outside on somebody backyard in Gwinett From 2008 to 2017 Lease.

4. at 97-20 57th Avenue Apt! 18K Corana N.y 11368 I Halle no Sower door, the Floor is a mest the tile in the bathroom floor is missing.

5. The wall tile are lifled just because I'm black American the are refusing me the Rigth to a better Living.

6. The Rent is to tright for me, the closett door can't be close the Sing is plug the mises are all over the eating in my plate.

1 of 5

defender no' 24

X      After 10 years I Have been discriminated
agains by Canada leasing by Violating the Rent control
law other 10 years.

8      I believe in Justice and we all believe
that injustice anywhere it is a treat to Justice
everywhere that the Rent Control law it working
in New York.

9      And it will always work I do not
deserve this nore any america deserve that discrimatory
act agains an america citizen.

10      the Country that I love and That we all
love Has a better value than that it Stand
for Justice for all.

11      Canada leasing need to Know Has to Know
that Stating January 20 - 2017 no America will Support
discrimination of any forms.

12      That Violating the Rent control it is Violating
my Right and the Right of all American it is
iligal, unfair, un american.

2

2 of 3

13 - it Cause me - a lot of money to the lawton for them to do so and the end up eligaly increasing my Rent for ponisement to put my names on my own lease.

14 - Discrimination His eligale agains animal, dog Cat, Snake, lion, tigers, bird, all Kinds, against Heuman, man, womans, Kids, elderlie, any one any place or any time.

15 - We american Should do all we can to stop discrimination agains our own Citizens our own people, our own belielle to make America great again.

16 - this great nation deserlle better do not deserlle this at all no one Should be traiting to lille in lebrat or be traiting to be remole Hothe it is died unfair, my lease is under Rent Contrl laws of New york city

Dated: 07 - 06 - 17

_Selkou, Kouyate_
Plaintiff

3 of 5

17  I believe in American justice, freedom for all as an american citizens I should be proud of my people to do the Right thing not to over charge anyone, anybody, anywhere, anyplace at any time.

18  We are the children of this great nation and the nation that stand for justice the greater nation on the face of heart.

19  I do not believe that I deserve that at all to be discriminated and be overcharge for over 10 years and Violating Rent Control law for over 10 years.

20  So the touch me to court for no reason just Simplesly that I wanted to put back my name on my lawful wife lease and that Town Tite refuse To me putting my names on the lease.

Dated: ___07-06-17___

_____Sekou, Kouyate_____
Plaintiff

3

4 of 5

21  I said to them one day just one day the time will come to make america great again the said ok I said ok I Hate no choice to lived with the mice that don't pay no Rent that is why I'm alway late on my Rent now is time to pay me back all and every Rem iligal Rent you touch from me.

22  So american will not be over again being Overcharge I deserve cleaner wall, great closet door 21st Century interior most of all a saxular door and floor and Kid's Has no play place no more, cleaner pool in canada facility and around all lefrat city.

23  THat will make america and lefrat city great again, THat together we will make america Safe again, together we will make America protected again, together we will make America listining again, together we will make America truful again together we will make america belieling again. God bless the United State of America—

Dated: $\overset{\text{SiK}}{07}$-08-17

Sekou, Kouyate
Plaintiff

3

*defendant no (24)*

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm respectfully Requesting the Court to please grant me the judgement in the amount of $ 19,975,000,00000 in this case against the defendant and disbursement together with any other relief the court find to be just proper.*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _09-26_, 20_17_

Signature of Plaintiff _____

Printed Name of Plaintiff _____ *Sekou, Komyate*



*defendant no (25)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, Scam, negligence, use, Set-up discrimination*

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* *Sekou Kouyate*, is a citizen of the State of *(name)* *New York*

b.   If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

4

*defendant no(25)*

b.     If the defendant is a corporation

The defendant, *(name)* JMC Management INC, is
incorporated under the laws of the State of *(name)*
New York, and has its principal place of
business in the State of *(name)* New York. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* New York

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

I'm asking the court to please grant me
a judgement against the defendant in the Amount of
$998000 000 and disbursement together with
any relief the court find to be just proper —

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

The FBI uses me in this facility my doctor
office to inject me to set kill and take more
blood in me to get me kill 08-2016 and
also set me up with strong medication to
poison me.

5

defendant no (25)

1   EMC staff Has refuse all my Request to my file Record my Request to Speak to Lenny even if I live them my number I don't get a Simple call back.

2   Because I'm an america citizen Simple as that I never Receive a call back I Have been Completly rejected by them, and been discriminated totaly by them.

3   The Staff Very mean to me I Have been mistreated by there agent So badly. EMC Management and there staff Should Know and Has to Know that from January 20 - 2017.

4   That en 21st Century, in America means the United States of America, it is wrong means Completly wrong to discriminate against anybody, any where anytime at anyplace, doy anyHow.

5   I & Hunt I believe and we all believe that America stand for justice against discrimination of all form that it not fair to any one means anybody He experien discrimination of any Kinds.

2

1 of 4

6 — IMC Management and it staff Has to know that discrimination it's not the best interest of our nation and it is very bad to discriminate agains Mr Kouyate.

7 — THe america citizens I Requested a copie of my file I was denied and was told to write the phone number and then I will get a call back tho never call me back.

8 — I came to the office again and request it the told me Same thing we will get back to you Mr Kouyate and I was gitting a copie of the file after a lot of Attempte with a very bad Attitude

9 — I Receive my fileq and I find out that all the time I Request my file and was Refused to be gitting to that the big reason.

10 — My last Visit in that office was 08-08-2016 and THe Have fausely Record my Signature on the different date for fausely and eligaly date Sane days I was never in there office ellen presena in that facility.

2

2of4

1    I was never, ever been to that office and Receive
an Services in that facility I find that the Halle eligdly
fauddy Scam, my Signature and jout on the file
that 12-23-2016 that receive services.

2    I never fizicaly was present and ever Requested
ever and Requested any Blood work on that days
at there facility for them to performe any
Services at my for me, the performe that
Oligal Services at my absence.

3    I was not present in this facility at all
and never Requested those Services I only do physical
Every 6 month or more or not after 3 month.

4    or only when I need it for my prescription
medecin to be Refill up. I also find out that
the Halle done more Blood work than I ever
Receive before ever, urine work without my
Consent or my authorisation.

5    I believe TMC Management and it Staff Should
not discriminate me or any body base or Culture,
Sex, sexual orientation, origine, religions, Color of there Hair
Skin, Weigh, Height, nationality, origin.

2

3 of 4

16 Any where, any place, any form, any Kind — any How! We been Taking more blood as me than it Require to man14 blood like the are feeding the birth or animal indeas all animal in the planet.

17 For all of us to contribute means We as an america citizen should all work together to end discrimination of all form.

18 For America means United States of Amouce to be great again We Has it citizen Has to go again discrimination of all Kinds

19 That will make me believe and will make all of us believe that together we are ready to make you america Safe again; together we will make america protected again; together we will make america love again together we will make america believe again; that together we will make america believing again and that will make America trusted again and We will and all

Dated: 07-31-17                    make America Super Super great again,

Sekou Kouyate
Plaintiff

3

4 of 4

*defendant no(25)*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm respectfully Requesting the court to please grant me the judgement in the amount of $998 000 000 and disbursement together with any relief the court find to be Just Proper.*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26, 2017

Signature of Plaintiff _____

Printed Name of Plaintiff _____

6

*defendant (26)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, Scams negligence, Set-up, Use discrimination*

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* *Sellou Kouyate*, is a citizen of the State of *(name)* *New York*

b.   If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

4

*defendant no (26)*

b.   If the defendant is a corporation

The defendant, *(name)* _Queens Boullvard Endoscopy Center LLC_, is
incorporated under the laws of the State of *(name)*
_New York_, and has its principal place of
business in the State of *(name)* _New York_. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _New York_

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_I'm asking the judgment in the amount_
_of $899 000 000 against the defendant_
_for the amount of $899 000 000 and disbursement_
_together with any other relief the court finds to be just_
_proper._

III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

_The FBI uses me the facility to get me kill_
_by injecting me with poison to kill me take_
_a lot Blood of me and lied about my_
_Surgery I will prove it all._

153/2017 VERIFIED ANSWER

Defendant no(26)

Queens Boulevard endoscopy

1   That was not true it was not done and after the Surgery it was bleeding more than ever before I call them few Hours laters and Report it that why I Said it is not normal.

2   That I bleed more than before the Surgery it Hort than before did you do what you Supose to do it is not normal at all.

3   If you did the Right thing I will and no Supose to feel the different but it is Still the Same as of now even those I'm bleeding more way more than ever before.

4   This facility should do more to believe the america dream, that as of now in not good to discriminate at all means Stating January 20-2017

5   The true and justice will praivel Sincere Known that discrimination is illegale and no one at all should discriminate base on culture, sex, color origine, sexual orientation, origine, languges, nationality, color of Skin, Hair, Height, weight, Culture anytime, anyplace, anywhere, any How at anytime, in this great nation,

2

153/2017 VERIFIED ANSWER

6    That this country stand for justice, liberty
freedom for all, the States means U.S.A means
United State of America to not stand for
discrimination of any forms.

7    The land of freedom the Home of the brave
that it is clear and we believe to be love by
all of us, so that case we all together Has to
do the best that we all can.

8    To do what we all can to contribute
for it greatness to believe and support that
together we will make America safe again.

9    Together we will make America protected again
that together we will make America believe again
that together we will make America truthfull again
that together we will make America love again
and that together this america will super super great
again.

Dated: 07-25-17


Sekou Kamuyate
Plaintiff

3

*defendant no (26)*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm respectfully asking the court to please grant me the Judgement in Amount of $899 000 000 against the defendant and disbursement together with any other relief the court find to be Just proper*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __09-26__, 20__17__

Signature of Plaintiff _____

Printed Name of Plaintiff _____ *Sekou Kouyate*



*defendant no (27)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Use, Set-up, negligence, Frauds Scam, discrimination*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* *Sekou Konyate*, is a citizen of the State of *(name)* *New York*

b.    If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

4

*defendant (27)*

b.  If the defendant is a corporation

The defendant, *(name)* NBC Universal LLC, is
incorporated under the laws of the State of *(name)*
New York, and has its principal place of
business in the State of *(name)* New York. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* New York

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

I'm Requesting a Judgement in the Amount
of $899000000000 against the defendant
in this case and disbursement together with any
other relief the court find to be proper.

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

On 08-12-2017 I was at 30 Rockefeller plaza
in New York and I was discriminated by the MR
Jorge Rinde the Litigation Service Manager and
made me wait for 2H45 just to give the document
to him instead He send me His security to Reject me
out of the Building —

defendant no (27)

1. Discrimination anywhere, anyplace, anytime, anyHow at anyHow in America is eligal and unfair in USA unfair and very painful.

2. That discrimination against bird, lion, tiger, snate all animal of any Kind against body of whiten of all Kinds forest of all Kind anyHow is against our believe very bad.

3. I Think the Should do better to care and not to give fake neink to the people of New york or the people of United States of America.

4. For your contribution to make America great again or this great nation of united States of America great again

5. I Think discrimination against me or any one in America or on an America soil is eligal not good at all, the discriminate against me because I'm America citizens.

6. There Serilice Should be at the Serilice of the people of united states of America or people of New york.

2

1 of 16

7  THe New Yorker and me and American people
does not, are not, will not stop to go agains discrimination
of any kinds, any forms, any How.

8  AT anyplace For the best interest of this great
nation and THe greatness of this nation and
Well been of the people of United States of America.

9  And the well being of this great city means
New York City and the people of New York is
to stand agains discriminations of any Kinds.

10  Discrimination is iligal agains me, you, He, She
for Kids, man, Woman, president of United States of
America "president TRump" Elderly, all pet, all
animal, all body of Water, all trees, forest, lands
rivers, sea.

11  For them to Know that in America on America
Soil on our land of free Home of the bralle means
United State of America We all belive in that
discrimination is iligal in all forms.

2

61   Supporting our president in for the best interest
of our great nation and the best interest of our country.

We like in greatest city in the world the
best Country in the universe let the world know
what we stand for and believe in by simply telling him.

67   We will get the most of our problem solve
and results, for our best interest, that I believe
in America and in American people and it love for all.

68  We He vote in because He put America first
So we together will make America safe again, we
together will make america protected again, we
together will make america believe again, we together
will make America listening again, we will make
america rich again, we will make America trustful again
that together we will make America love again and
together will make america super super great again,

Dated:  07-31-17

_Sekou Kouyate_
Plaintiff

3

*defendant (27)*

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm respectfully asking the court to please grant me the Judgement in the amount of $899 000000000 00 and all inrolment together with any other relief the court find to be proper.*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *09-26*, 20*17*

Signature of Plaintiff          _____

Printed Name of Plaintiff       *Sekou, Konyate*

6

*defendant no(28)*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*negligence, discrimination, frauds, scams,*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Sekou, Kouyate is a citizen of the State of *(name)* New York

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* N/A , is a citizen of the State of *(name)* Or is a citizen of *(foreign nation)*

*Defendant no(28)*

b.   If the defendant is a corporation

The defendant, *(name)* _National action Network_, is
incorporated under the laws of the State of *(name)*
_New York_, and has its principal place of
business in the State of *(name)* _New York_. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _New York_.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_I'm asking $550000000 against the
defendant and disbursement together with
any other relief the court find to be just proper._

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

_On 02-23-17 at 106 West 145 Street New York
I was discriminated against by MC Manager-
by calling me names #Erica ST, and throw me
out of premises. More—_

1 — I fell very bad that this organisation that stand for justice is the first to discriminate me as an African

2 — He believe that we live in great Country in universe that this type of behavior need to Has to Stop it Hurt So bad to be discriminate.

3 — I register as a member on 02-23-17 Since then the promise me that the will mail me my member ship card.

4 — I Have been waiting for my member Ship card I did not receive it until now a call to talk to the manager patrice as an office manager She promise me a call back until now I did not Receive that call back.

Dated: S.K 07-06-17
06-12-17

Sekou Kourgete
Plaintiff

1 of 4

3.

5    I beliele for the america to be great
again we the pleeple has to fith for Justice
for all no discrimination mean Zero discrimin

6    Tthe organisation that stand for justice
should be the fith to valul what it stand
for and beliele in but I'm so discriminate
that organisation

7    my america Value is last where are we
going Since there nobody any more you can
count on to fith for your Right.

8    I'm discriminated not been traited Has
a member and I paid my menber ship to
be Serve and protect not to be lied or discrimate.
when I was there the first time mis patrice
Rejected me by seeing that not to pay for my
member ships that day to come back next day I said
why I want to pay today and Right now.
                                        I need Justice.

Dated: _46-12-17_
        SiK07-06-17

                        Slkou Koumperto
                                Plaintiff

2of4

9 — I beliele injustice anywhere is a thail to justice ellerywhere I told not to seat in there ellen that the had often mechanism allailable.

10 — I Requested to be gilling some time to thing of where to go to get help She again ask me to lille the place I was rejected like a dog.

11 — We american do not deserle this we do not stand for discrimination of any kinds. the National said that the stand for justice.

12 — I beliele that the stand for negotiation not justice other wise I would hale not be Rejected by them all.

13 — I was conlince that the moment a lille Queans to go all the way to them I should halk my problem sollle or at last been listne to or be considerate about my concern.

14 — I thing we american beliele in our justice systeme and go agains discrimination of anyforms anywhere, anyplace, any Horal. at any time discriminating that day was painful.

2

3 of 4

15    I do not deserve it at all WAN should know
that if the stand for justice for all american by
America the should be the first to go go against it.

16    Discrimination against me or any america
at is illegal, unfair, unhuman simply because
I was African America.

17    The america I believe and we all believe
do not stand for discrimination against, culture
origin, Sex, Sexual orientation, color of our skin, hair
weight, height, nationality, any type.

18    That is the america I believe that is the america
we will should believe in it that stating from January 20-17
together we will make america safe again, together
we will make america listening again, together we will
make america protected again, together we will make
america truthful again, truthful again, yes together we will make
America super super great
again.

Dated: 07-06-17

Sekou Kouyate
Plaintiff

3

4 of 4



*Defendant no(28)*

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm Respectfully asking the Court to please grant me the Judgment in the amount of $1,550,000,000 against the defendant in this Case disbursement together with any other relief the court find to be just proper.*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *09-26*, 20*17*

Signature of Plaintiff _____

Printed Name of Plaintiff _____ *Sekou Kouyate*

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Scam, Frauds, negligence, Set-up-*
*discrimination.*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _Sekou, Kouyate_ is a citizen of the State of *(name)* _New York_

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _N/A_, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _N/A_, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

4

b.    If the defendant is a corporation

The defendant, *(name)* _Douros Management INC,_ is incorporated under the laws of the State of *(name)* _New York_, and has its principal place of business in the State of *(name)* _New York_; Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _New York_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

_I'm nicely asking $125 000 000 against the defendant in this case and disbursement together with any other relief the Court find to be just proper._

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_The Douros colluded with F.B.I to illegaly issue a fake check to me to accuse me of federal crime and colluded with EMT to steal my credit card transaction money._

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
-----------------------------------------------------------------x

Sekou, Konyate

               Plaintiff,

  - against -

Douros Management INC

            Defendant.
-----------------------------------------------------------------x

Index No. 6105 /20 17

COMPLAINT

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, Sekou, Konyate respectfully

shows and alleges as follows: 0 Discrimination, Frauds, Set-up
negligence.

1     I Halle stated working for them to
Expect to Rent car on the daily basis to serve
the people of new york

2     I felt discriminate because the control
my income all the time I work my checks
never for was writhing by them

3     I mean my income or Any credit card
income checks was never more than 200 to 300 $
and discriminate me to set me up by increasing
my income to accuse me of frauds

4  I thing injustice any/where is a trait to a justice allery/where all I'm asking is justice agains this, bad and discriminatory act to me I Work Very Hard to care for my family and Value the greatness and Value of this great nation,

5  I know/people out there looking to set up to make me look Very bad I real fill discrimination because I'm black and African,

6  We the american pleople Hate believe in to our justices and it Sistem, to make america great again, Safe again, believing again that will it Super, Super great again,

7  I'm only asking for justice to Have this Dowros pay for the discrimitory heattier.

Dated: _06-12-17_

_SeKou Kouyate_
Plaintiff

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm asking $250,000,000 against the defendant in this case and disbursement together with any other relief the court find to be just proper.

V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __09-26__, 20_17_

Signature of Plaintiff   _____

Printed Name of Plaintiff   __Sekou, Vouyate__

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_Attentif Murder, Scam, Frauds negligence_
_negligence,_

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _Sekou Kouyate_, is a citizen of the State of *(name)* _New York_

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _N/A_, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _N/A_, is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

4

b.   If the defendant is a corporation

The defendant, *(name)* _Health plus management,_ is
incorporated under the laws of the State of *(name)*
_New York_, and has its principal place of
business in the State of *(name)* _New York_. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _New York_.

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

_I'm asking the Court to please give
me the judgment in the amount of #899,000,000
and disbursement together with any other relief
the court finds to be just proper._

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

_I was injected to get Kill at Health plus
management Facility set up by FBI to
order the facility to Kill me back 2016
I end up suffering with Heard Pain and E.d,_

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed: the amounts. and the reasons you claim you are entitled to actual or punitive money damages.

*I'm respectfully asking the court to please grant me the judgment in the amount of $ 899000 000 and disbursement together with any other relief the court find to be just proper*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  09-26 , 20 17

Signature of Plaintiff
Printed Name of Plaintiff     SeKou Kouyate

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Scam Frauds, negligence, Set-up, Cover up manipulation, discrimination, more,*

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* *SeKou, Kouyate* is a citizen of the State of *(name)* *NEW YORK*

b.   If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

4

b.    If the defendant is a corporation

The defendant, *(name)* Subin Associates LLP, is
incorporated under the laws of the State of *(name)*
New York, and has its principal place of
business in the State of *(name)* New York. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* New York

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

I'm asking the court to please grant me
the judgment in the amount of $975 0000000
and disbursement together with any relief the court
find to be just proper

III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

I was set-up for insurance fraud with
the FBI agent Patrick that wanted to
Kill me in the car accident on 2016
at 23 Street Bet 2 and 3 Avenue.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed. the amounts. and the reasons you claim you are entitled to actual or punitive money damages.

*I'm asking the court to please grant me the judgment in the amount of $995 000 0000 and disbursement together with any relief the court find to be just proper.*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26, 2017

Signature of Plaintiff  _____

Printed Name of Plaintiff  _____ Sekou Kouyate

6

b.   If the defendant is a corporation *Mallilo & Grossman ESQS*

The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
*NEW YORK*, and has its principal place of
business in the State of *(name)* *NEW YORK* Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* *NEW YORK*

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

*I'm asking the court to please grant
the judgment in the amount of $ 999 000 000
and disbursement together with any relief the
court finds to be just proper*

III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

*I was victim of Attentif Murder on 11-28-2017
at 5TH Avenue in Queens NY the defendant
Colated with officer Hrmate a 110TH precinct
to fraudulesly laughter the accident Report
without my Consent and the officer color up
the Real Identity of the Second driver —*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United
States Constitution that are at issue in this case.

*Scams, Frauds, Set-up, lose, negligence
discrimination,*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _Sekou Kanyate_, is a citizen of
the State of *(name)* _New York_

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _N/A_, is incorporated
under the laws of the State of *(name)* _____
and has its principal place of business in the State of *(name)*
_____

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _N/A_, is a citizen of
the State of *(name)* _____ Or is a citizen of
*(foreign nation)* _____

4

IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm asking the Court to respectfully grant me the judgment in the amount of $999,000,000 and disbursement together with any relief the Court find to be just proper*

V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _09-26_, 20_17_

Signature of Plaintiff _____

Printed Name of Plaintiff _____ C. Vars, Vouyato

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, Scams, negligence, set-up defamation of character, breach of contract,*

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

   a.   If the plaintiff is an individual

   The plaintiff, *(name)* *Sekou, Kouyate*, is a citizen of the State of *(name)* *New York*

   b.   If the plaintiff is a corporation

   The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual

   The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

4

b.    If the defendant is a corporation

The defendant, *(name)* _Stackstein, Sackstein{Lee LLP_, is
incorporated under the laws of the State of *(name)*
_New YORK_, and has its principal place of
business in the State of *(name)* _New YORK_. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _New Yorke_.

*(If more than one defendant is named in the complaint, attach an*
*additional page providing the same information for each additional*
*defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

_I'm respectfully asking the Court to please_
_grant me the the Judgment in the amount of_
_$ 997 000 000 and disbursement together with_
_any relief the Court find to be Just proper._

III.   **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

_Stackstein the defendant Cloaded with Capital_
_one financial to Accuse me with Federal_
_crime of Check fraud by issuing a fause_
_Checks to me so can deposit the checks in_
_my Bank Account to be accuse of ~~Federal~~ Bank_
_Fraud._

IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm asking the court to grant me the judgment in the amount of $ 997 000 000 and disbursement together with any relief the court find to be just proper.*

V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *09-26*, 20 *17*

Signature of Plaintiff            *Kouyate*
Printed Name of Plaintiff        *Sekou, Kouyate*

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, Scams, negligence, defamation of Caracter, discrimination Set-up, more.*

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* *Sekou Kouyate* is a citizen of the State of *(name)* *New York*

b.   If the plaintiff is a corporation

The plaintiff, *(name)* *N/A*, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* *N/A*, is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

4

b.   If the defendant is a corporation *New York City TAXI's Limousine*
The defendant, *(name)* *Commission*, is
incorporated under the laws of the State of *(name)*
*New York*, and has its principal place of
business in the State of *(name)* *New York*. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* *New York*

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because. *(explain):*

*I'm respectfully asking the court to
please grant me a judgement in the Amount
of $ 9 8000 0000000 against the defendant
in this case and disbursement together with any
relief the court may find to be Just proper*

III.   **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

*The deffendant fraudulosely Scam my Income
for years just my Tax year 2015 an I find out
that the illegaly increase my income to more
than $1000$ that I never receive at my years
of driving the TAXi in NewYork so the defendant
Stole from me over $700000 in my years of
driving the TAXi.*

5

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I'm respectfully asking the Court to please grant me the judgement against the defendant in the amount of $9800,000,000.00 and disbursement together with any relief the court find to be just proper.*

V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __09-26_, 20_17_

Signature of Plaintiff _____

Printed Name of Plaintiff _____Sekou, Konyate_____

6

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*I'm respectfully asking the court to grand me a Judgement in the amount of $125,000,000,000 and this Parlement against the defendant*

B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Sekou, Kouyate is a citizen of the State of *(name)* New York

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual Bill Deblasio

The defendant, *(name)* N/A , is a citizen of the State of *(name)* New York . Or is a citizen of *(foreign nation)* _____

4

b.  If the defendant is a corporation

The defendant, *(name)* _____N/A_____ , is
incorporated under the laws of the State of *(name)*
_____, and has its principal place of
business in the State of *(name)* _____. Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

I'm asking the Court to plead grant me
$125,000,000,000 against the defendant
and disbursement together with any other
relief the court find to be just proper.

III.  **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

I have been victim of more than 18 city agency
under his administration and the defendant his
responsible of all the act, abuse, neeles
frauds, use that happen to me, I find him
Responsible.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
--------------------------------------------------------------x

SEKOU, Kouyate

Plaintiff,

- against -

Joe Bill Blassio

Defendant.
--------------------------------------------------------------x

Index No. _____ /20 ___

COMPLAINT

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff, SEKOU, Kouyate ; respectfully
shows and alleges as follows: Discrimination, negligence

I Have been driven a Taxi Cab cab, mean
yellow Cab in New york city, but never experience
and feel discriminated until Joe Bill Blasio came
or became maire of this great city.

He Has introduce a Taxi of the future meaning
a taxi of 21TH century the NV 200 I find out it for
the driver to Saufer went the I Have a customer with
disability I real Have Hard time to Ser Ve them my customer
with disability the ramps is not electronic. Windows
behind and in always Broken.

I Have been lied to that it is a taxi of the future
it not convenient for the driver and people with disability
I Have a lady complaining with the Seat Belt not been convenient

I Seriously need a rest room or bath room in the City or any convenient place a driver to use went He need a relief.

I Have been discriminate because you let city Bus to ride on Bus lane not me but I believe that is discrimination because we are all on the service of the people of new york mean public Service.

I get in the Bus & sai Hi to the driver I don't get response the Bus drivers does welcome the passenger, Bus lane should be for TAXi and Bus because we are Serving the Same people.

TH people of new york, deserve better and cleaner subway train and train station I touch a train that was dirty old seat, old Benges, dirty floor in complet Violente of Health department Very dangerious For the people of New York next

Dated: 06-12-17

Sekou, Kouyate
Plaintiff

I Have passenger asking and telling that the don't Know our president yes the Know is trump the see His names on the Building all over but there no picture of him any where in the city.

I felt that is discrimination Since He is a father of the nation and we don't Have picture anywhere For to get to know him,

In the City, State, Golement offices, Schools anywhere in times Square for the world to see our Father and get to know him, love him, appreciate him and stat listening to him Has a president.

THe time Square manager Has to Contribute to make this city and the Hold country great again and all the Bridges and Tunnel intrances and exit, Should Have His picture, Heigth way, Parkways, Bell Should be name after him, West Side Height way next-

Dated: 06-12-17

Se Kara, Konyate
Plaintiff

Gollement officer Should Have His picture, Shools
Hospitals, Super morcket, city, States, laundry mate
the hol nation Has to listine to him and mind there
Bussness and get back to Work.

THe country nede to Know him, and deserve
to Know him He is a president of united state of America
not the preside of 5Avenue.

THe do not listine to him We Have to Stat listening
He Said He want to make america great again together
we will make it Safe again, rich again, belielling
again, love again

He deserve sane love for the best interest
of this great nation So america let's us all get together
to put his picture all oler for World to See that we
love him and suport him for the best interest of
united state of america.

Dated:  O6 - 12 - 17

Sekou Kanyate
Plaintiff

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to
order. Do not make legal arguments. Include any basis for claiming that the wrongs
alleged are continuing at the present time. Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts. Include any punitive or
exemplary damages claimed, the amounts, and the reasons you claim you are entitled to
actual or punitive money damages.

*I'm respectfully asking the court to please grant me the judgement in the amount of $9,125,000,000,000 against the defendant and disbursement together with any other relief the court find to be just proper.*

V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served. I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __09-26__, 20_17_

Signature of Plaintiff   _____

Printed Name of Plaintiff   ___Sekou, Koruiyato___

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, Scam, Set-ups, defamation of Caracter,*

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Sekou, Kanyate, is a citizen of the State of *(name)* New York

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* N/A, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

4

b.  If the defendant is a corporation *Western Queens Consultation Center,*
The defendant, *(name)* _____, is
incorporated under the laws of the State of *(name)*
*New York*, and has its principal place of
business in the State of *(name)* *New York* Or is
incorporated under the laws of *(foreign nation)*
_____ and has its principal place of
business in *(name)* *New York*

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

*I'm Requesting the court to please
grant me a judgement in the amount of
of 550,000,000 against the defendant and
disbursement together with any relief the court may
find to be just proper,*

III.  **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

*I was set up by Western Queens consultation center
to accuse me with fraud scam, federal crime,
to be accuse of very serious defamation of caracter
in March 2017 at 61-20 woodside Ave,*

IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm Requesting the Court to please grant me a judgement in the amount $550,000,000 against the defendant and disbursement together with any relief the may find to be just & proper.

V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26, 2017

Signature of Plaintiff

Printed Name of Plaintiff    Sekou, Konyate

6

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Frauds, Scams, negligence, discrimination*

B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff, *(name)* Sekou Konyate, is a citizen of the State of *(name)* New York

b.   If the plaintiff is a corporation

The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* N/A, is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

4

b.     If the defendant is a corporation *The Center For Family*
The defendant, *(name)* *Representation* is
incorporated under the laws of the State of *(name)*
*New York*, and has its principal place of
business in the State of *(name)* *New York* Or is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* *New York*

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

*I'm asking the court to grant my
a judgement in the amount of $550,000,000
against the defendant and disbursement
together with any relief the court may find
to be just proper.*

III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

*They felt to properly represent me on 03-06-17
in the family court that elegaly remove my 4 kids
from there happy home and I was discriminate
by the worker and agent by lied and mislead.*

IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed. the amounts. and the reasons you claim you are entitled to actual or punitive money damages.

I'm respectfully Requesting the Court to please grant me the judgment in the amount of 55,000,000 and disbursement together with any relief the Court find to be just proper.

V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09-26, 2017

Signature of Plaintiff
Printed Name of Plaintiff _____ Sekou, Kouyate,

6