ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case no: CV17-5511 (PKC)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Royal air Maroc**
was received by me on *(date)* **10/2/2017**

☐ I personally served the summons on the individual at *(place)* **609 Fifth avenue 10th floor New York, N.Y. 10017** on *(date)* **10/2/2017** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/2/2017**

Theresa Glivens
*Server's signature*

**Theresa Glivens**
*Printed name and title*

**97-20 57th avenue apt 18K corona NY 11368**
*Server's address*

RECEIVED OCT - 5 2017 PRO SE OFFICE

Additional information regarding attempted service, etc:


**ORIGINAL**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case no: CV 17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* IMC Management
was received by me on *(date)* 10/2/2017 .

☑ I personally served the summons on the individual at *(place)* 10 east 40th street, 46th floor
new York, NY 10016 on *(date)* 10/2/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/2/2017

Theresa Givens
*Server's signature*

Theresa Givens
*Printed name and title*

**RECEIVED OCT - 5 2017 PRO SE OFFICE**

97-20 57th ave Apt 5K corona NY 11368
*Server's address*

Additional information regarding attempted service, etc:


ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)   Case no: 17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Royal Air Maroc
was received by me on *(date)* 10/2/2017.

☒ I personally served the summons on the individual at *(place)* 609 fifth avenue 10th floor New York, NY 10017 on *(date)* 10/2/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/2/2017

Theresa Glivens
*Server's signature*

Theresa Glivens
*Printed name and title*

97-20 57th Ave apt 18K corens NY 11368
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED OCT - 5 2017 PRO SE OFFICE

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case no: CV17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mission permanent of Guinea embo embassy
was received by me on *(date)* 10/2/2017

☒ I personally served the summons on the individual at *(place)* 140 East 39th street New York, NY 10016. on *(date)* 10/2/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/2/2017

Theresa Givens
*Server's signature*

Theresa Givens
*Printed name and title*

97-20 57th Ave apt 18K corona NY 11368
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED OCT - 5 2017 PRO SE OFFICE

 ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)     Case no: CV17-5511

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) **Consolidated Edison Company**
was received by me on (date) **10/2/2017**.

☒ I personally served the summons on the individual at (place) **4 Irving Place, New York NY 10003** on (date) **10/2/2017** ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ , a person of suitable age and discretion who resides there, on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/2/2017**

**Theresa Givens**
Server's signature

**Theresa Givens**
Printed name and title

**97-20 57th Ave Apt 18K Corona NY 11368**
Server's address

Additional information regarding attempted service, etc:

**J. Bernard**

[Stamp: RECEIVED OCT - 5 2017 PRO SE OFFICE]

 **ORIGINAL**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)      _case no: 17-5511_

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _st National action network_

was received by me on *(date)* _10/2/2017_ .

☑ I personally served the summons on the individual at *(place)* _217 center Street 6th floor New York, NY 10013_ on *(date)* _10/2/2017_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _10/2/2017_

_Theresa Givens_
Server's signature

_Theresa Givens_
Printed name and title

_97-20 57th Ave Apt 18K Corona NY 11368_
Server's address

**RECEIVED OCT - 5 2017 PRO SE OFFICE**

Additional information regarding attempted service, etc:

 **ORIGINAL**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

*Case no: CV17-5511*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Furman Sackstein; Sackstein & Lee LLP,**
was received by me on *(date)* **10/2/17** .

☒ I personally served the summons on the individual at *(place)* **6 Broadway, 26th floor New York, NY 10006** on *(date)* **10/2/2017** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10/2/2017**

*Theresa Glivens*
Server's signature

**Theresa Glivens**
Printed name and title

**97-20 57th Ave apt 15K Corona NY 11368**
Server's address

**RECEIVED OCT - 5 2017 PRO SE OFFICE**

Additional information regarding attempted service, etc:

**Cassie Sporacino**


ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)  Case no: CV17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NYC Taxi & limousine commission
was received by me on *(date)* 10/2/17 .

☒ I personally served the summons on the individual at *(place)* 33 Beaver Street
New York, NY 10004 on *(date)* 10/2/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/2/2017

Theresa Givens
Server's signature

Theresa Givens
Printed name and title

97-20 57th Ave Apt 18K Corona NY 11368
Server's address

RECEIVED OCT - 5 2017 PRO SE OFFICE

Additional information regarding attempted service, etc:

Jennifer Bartholomew



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case no: CV 17-5511

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Nation wide Mutual insurance Company**
was received by me on *(date)* **10/2/2017**.

☒ I personally served the summons on the individual at *(place)* **55 Broad Street suit 18B New York, NY, 10004** on *(date)* **10/2/2017**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/2/2017**

*Theresa Givens*
Server's signature

**Theresa Givens**
Printed name and title

**97-20 57th Ave apt 18K Corona NY 11368**
Server's address

RECEIVED OCT - 5 2017 PRO SE OFFICE

Additional information regarding attempted service, etc:

10/2/17



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case no: CV17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Subin associates LLP
was received by me on *(date)* 10/2/2017 .

☑ I personally served the summons on the individual at *(place)* 150 Broadway 23Rd floor New York, NY 10038 on *(date)* 10/2/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/2/2017

Theresa Glivens
Server's signature

Theresa Glivens
Printed name and title

97-20 57th Ave Apt 185 Corona NY 11368
Server's address

**RECEIVED OCT - 5 2017 PRO SE OFFICE**

Additional information regarding attempted service, etc:

Reception D. Pomas

Subin Associates LLP.
150 Broadway 3rd Floor
New York, NY 10038

10:37 pm



**ORIGINAL**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)   Case no: CV17-5511

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Social security administration office
was received by me on *(date)* 10/2/2017 .

☒ I personally served the summons on the individual at *(place)* 26 federal Plaza Room 3904 New York, NY 10278 on *(date)* 10/2/17 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/2/2009

Theresa Givens
*Server's signature*

Theresa Givens
*Printed name and title*

97-20 57th Apt 18K Corona NY 11368
*Server's address*

**RECEIVED OCT - 5 2017 PRO SE OFFICE**

Additional information regarding attempted service, etc:

[signature]



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case no: CV17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bill deblasio

was received by me on *(date)* 10/2/2017 .

☐ I personally served the summons on the individual at *(place)* 100 church street New York, NY 10007 on *(date)* 10/2/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/2/2017

Theresa Hivens
*Server's signature*

Theresa Givens
*Printed name and title*

97-20 57th Apt 18K Corona NY 11368
*Server's address*

RECEIVED OCT - 5 2017 PRO SE OFFICE

Additional information regarding attempted service, etc:

Case 1:17-cv-05511-PKC-PK   Document 4   Filed 10/05/17   Page 13 of 19 PageID #: 329



ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case no: CV17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NYC human Resources Administration department of Social Services

was received by me on *(date)* 10/2/2017

☑ I personally served the summons on the individual at *(place)* 100 Church Street new York, NY 10007 on *(date)* 10/2/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/2/07

Theresa Givens
*Server's signature*

Theresa Givens
*Printed name and title*

97-20 57th ave apt 18K Corona NY 11368
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED OCT - 5 2017 PRO SE OFFICE



ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case no: CV17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Commissioner of Social Services**
was received by me on *(date)* **10/2/2017** .

☒ I personally served the summons on the individual at *(place)* **100 Church Street New York, NY 10007** on *(date)* **10/2/2017** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ____ for travel and $ ____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10/2/17**

*Theresa Givens*
Server's signature

**Theresa Givens**
Printed name and title

**97-20 57th Ave Apt 18K Corona NY 11368**
Server's address

Additional information regarding attempted service, etc:

RECEIVED OCT - 5 2017 PRO SE OFFICE

2017 OCT -2 A 9: 41
OFFICE OF CORP. COUNSEL
COMMUNICATIONS UNIT
N.Y. LAW DEPT



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case no: CV17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hon Bridget M. Rodlke, ESQ
was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* 271 CADMAN Plaza East Brooklyn, NY 11201 on *(date)* Oct 2, 2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* first class mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: October 2, 2017

Theresa Givens
*Server's signature*

Theresa Givens
*Printed name and title*

97-20 57th Ave apt 1812 Corona NY 11368
*Server's address*

RECEIVED OCT - 5 2017 PRO SE OFFICE

Additional information regarding attempted service, etc:

 ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)     Case no: CV/17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Delta air lines headquarters
was received by me on *(date)* _____.

☑ I personally served the summons on the individual at *(place)* 1030 Delta blvd ATLANTA GA 3035 on *(date)* 10/2/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* first class mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/2/17

    *Theresa Glinen*
    Server's signature

    Theresa Glinens
    Printed name and title

**RECEIVED OCT - 5 2017 PRO SE OFFICE**

97-20 57th apt 18K Corona NY 11368
Server's address

Additional information regarding attempted service, etc:



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case no: CV17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Embassy of Guinea in Washington D.C.
was received by me on *(date)* 10/2/2017.

☐ I personally served the summons on the individual at *(place)* 2112 Leroy Pl NW Washington, DC. 20008 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: first class mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/2/2017

Theresa Givens
*Server's signature*

Theresa Givens
*Printed name and title*

97-20 57th Ave Apt 18K Corona NY 11368
*Server's address*

RECEIVED OCT - 5 2017 PRO SE OFFICE

Additional information regarding attempted service, etc:


ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)   Case no: CV 17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hon Jeff sessions, esq attorney general of the United States of America
was received by me on *(date)* 10/02/2017

☒ I personally served the summons on the individual at *(place)* 950 Pennysylvania Avenue, NY Washington, DC 20530
on *(date)* 10/2/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: first class mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/02/2017

Theresa Givens
Server's signature

Theresa Givens
Printed name and title

97-20 57th Ave Apt 17K Corona NY 11368
Server's address

RECEIVED OCT - 5 2017 PRO SE OFFICE

Additional information regarding attempted service, etc:

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)   Case no: CV 17-5511

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federal Bureau of investigation
was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 26 federal plaza New York
NY 10038 _____ on *(date)* 10/2/2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: ~~first class~~ mail.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/2/17

Theresa Givens
Server's signature

Theresa Givens
Printed name and title

97-20 57th Ave. Apt 18K Corona NY 11368
Server's address

RECEIVED
OCT - 5 2017
PRO SE OFFICE

Additional information regarding attempted service, etc: